ORIGINAL

FILED
MAR 1 5 2004
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Plaintiff, | |
| v. | No. 04-0033C (Judge Bruggink) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of 21 days, to and including April 5, 2004, within which to file its response to plaintiff's complaint in this case. Defendant's response to that complaint is currently due on March 15, 2004. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff's representative, David Nadler, has represented that plaintiff does not oppose this motion.

This case is one of 66 cases currently pending before this Court that involves an alleged breach of the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste" ("Standard Contract") published at 10 C.F.R. § 961.11. However, unlike most of those cases, the plaintiff in this particular case is not a Standard Contract holder. Instead, the plaintiff in this action is a former owner of a nuclear power reactor that was a party to the Standard Contract. The plaintiff

here has submitted a complaint that includes a request for recovery of just compensation under the Fifth Amendment of the United States Constitution, based upon the alleged diminution in value of its ownership interest. Accordingly, the complaint in this case presents additional legal issues than those presented in many other Standard Contract cases.

Defendant is actively attempting to develop an appropriate response to the plaintiff's complaint in this case. However, between March 1 and March 12, 2004, counsel for defendant and several of the attorneys working with him on these cases have been in trial in Indiana Michigan Power Co. v. United States, No. 98-486C (Fed. Cl.), and were unable to work upon the legal issues presented in this case during that time and during their pre-trial preparation. In addition, closing arguments in Indiana Michigan are scheduled to be held on March 16, 2004. Further, during the past several weeks and during the week of March 15, 2004, counsel for defendant has been involved, or is scheduled to be involved, in several status conferences in various Standard Contract cases. Because of anticipated work in the Standard Contract cases, we anticipate that we will not be in a position to respond to the complaint in this case until April 5, 2004.

For the foregoing reasons, we respectfully request that the Court grant our motion for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

David M. Cohen /by HDLester

DAVID M. COHEN
Director

Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

OF COUNSEL:

JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

March 15, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 15th day of March 2004, I caused to placed in the United States mail (first-class mail, postage prepaid) a copy of "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME," addressed as follows:

RICHARD J. CONWAY
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037

[signature]