# In the United States Court of Federal Claims

**NOTICE**

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.**

**v.**

**THE UNITED STATES**

**No. 04-33 C**

**Clerk's Office**
**Washington, D.C., March 16, 2004**

To Attorney of Record, Assistant Attorney General, and Judge Bruggink:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed March 15, 2004, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk