IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Plaintiff, | ) | |
| v. | ) | No. 04-0033C (Judge Bruggink) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of 30 days, to and including May 5, 2004, within which defendant may file its response to plaintiff's complaint in this case. Defendant's response to that complaint is currently due on April 5, 2004. The Court previously granted the Government's motion for an enlargement of time of 21 days for this purpose. Counsel for plaintiff's representative, David Nadler, has represented that plaintiff does not oppose this motion.

This case is one of 65 cases currently pending before this Court that involves an alleged breach of the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste" ("Standard Contract") published at 10 C.F.R. § 961.11.[1] However, unlike many of those cases, the plaintiff in this particular case is not a current Standard Contract holder. Instead, the plaintiff in this action is a former owner of a

---

[1] One additional case, GPU Nuclear, Inc. v. United States, No. 00-440C (Fed. Cl.), was recently dismissed through a stipulation of voluntary dismissal.

nuclear power reactor that was a party to the Standard Contract. The plaintiff here has submitted a complaint that includes a request for recovery of the alleged diminution in value of its ownership interest and sales price, both under a breach of contract theory and a Fifth Amendment just compensation theory. Accordingly, the complaint in this case presents additional legal issues than those presented in many other Standard Contract cases.

Defendant is actively attempting to develop an appropriate response to the plaintiff's complaint in this case. As we have continued to investigate the allegations contained in the plaintiff's complaint in this case, it appears that it may be appropriate to resolve the allegations regarding diminished value through a dispostive motion. However, we are continuing our research into that issue and believe that, in light of the activities that we are currently required to engage in the other pending Standard Contract cases, we can complete this effort no later than May 5, 2004. By that date, we anticipate that we will file either a dispositive motion relating to these diminished value claims or an answer to plaintiff's complaint. To provide us with adequate time to complete our investigation and research into this issue, we respectfully request that the Court grant us an additional 30 days within which to respond to the plaintiff's complaint.

For the foregoing reasons, we respectfully request that the Court grant our motion for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

April 5, 2004

CERTIFICATE OF FILING

I hereby certify that on this 5th day of April 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.