**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-0033 C (Judge Bruggink)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RFCF"), Plaintiff, Consolidated Edison Company of New York, Inc. ("Con Edison") respectfully requests that the Court grant an enlargement of twelve (12) days, *nunc pro tunc*, to and including June 14, 2004, within which the Plaintiff may file its Response to Defendant's Motion To Stay All Proceedings Or, In The Alternative, For Coordinated Discovery Regarding Rate And Schedule Issues ("Stay Motion"). Plaintiff's Response was due on June 1, 2004. The Court has not previously granted Plaintiff an enlargement of time regarding this matter. Counsel for the Government, Harold D. Lester, has represented that Defendant consents to the requested extension.

Plaintiff's counsel in this case is also counsel in four other spent nuclear fuel cases, all of which are subject to pending motions by the Government. This extension is necessary to enable plaintiff's counsel to fully respond to Government motions in those cases that were filed either simultaneously or close in time with the Motion in this case. Specifically, Plaintiff's counsel is also counsel in *Atlantic City Electric Company v. United States*, No. 04-0036C, *Delmarva Power & Light Co. v. United States*, No. 04-0034C, and *Canal Electric Company v. United States*, No. 04-0035C, in which the Government filed

Motions to Dismiss all counts of the Complaint on the same day as it filed its Motion in this case. The Government also has filed a Motion to Dismiss Or, In The Alternative For Summary Judgment Upon Counts I And II, And For Summary Judgment Upon Count III Of Plaintiff's Amended Complaint in *Boston Electric Company v United States*, No. 99-447C.

Because of the work associated with responding to the various motions by the Government that were filed close in time or simultaneously with the Motion in this case, Plaintiff respectfully requests that the Court grant this request for a 12 day extension of time, to and including June 14, 2004, *nunc pro tunc* to file its Response to Defendant's Motion.

Date: June 14, 2004

Respectfully submitted,

s/ Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

*Counsel of Record for*
*Consolidated Edison Company of New York, Inc.*

Of Counsel: David M. Nadler
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-0033 C** **(Judge Bruggink)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**ORDER**

THIS MATTER having come before this Court on Plaintiff's Consent Motion for Enlargement of Time, and the Court having reviewed the submissions of counsel and the record, it is hereby

ORDERED, that the Plaintiff's Consent Motion for Enlargement of Time is GRANTED, and the Court hereby grants an enlargement of twelve (12) days, to and including June 14, 2004, within which the Plaintiff may file its Response to Defendant's Stay Motion.

ORDERED this ___ day of _______________, 2004.

____________________________________
The Honorable Francis M. Allegra
U.S. Court of Federal Claims Judge

COPIES TO:

Richard J. Conway
David M. Nadler
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

*Attorneys for Plaintiff*

Stefan Shaibani
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

*Attorney for Defendant*