# In the United States Court of Federal Claims

No. 04-33C
(Filed: July 15, 2004)

* * * * * * * * * * * * * * * * * * * * * * * * * * *
CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument on defendant's May 12, 2004 motion to stay all proceedings or, in the alternative, for coordinated discovery regarding rate and schedule issues will be heard from the courtroom Friday, August 6, 2004, 10:00 a.m., National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for both parties shall appear in person.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge