EXHIBIT
ALL-STATE LEGAL®
1



IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ENTERGY NUCLEAR GENERATION COMPANY, )
)
Plaintiff, )
) Docket No. 03-2626C
v. )
)
THE UNITED STATES, )
)
Defendant. )

Courtroom 5, Room 505
National Courts Building
717 Madison Street, N.W.
Washington, D.C. 20005

Thursday,
March 18, 2004

The parties met, pursuant to the notice of the Judge, at 9:29 a.m.

BEFORE: HONORABLE CHARLES F. LETTOW
Judge

APPEARANCES:

For the Plaintiff:

JAY E. SILBERG, ESQUIRE
Shaw, Pittman, LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8063

DANIEL S. HERZFELD, ESQUIRE
Shaw, Pittman, LLP
1560 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7612

MR. NADLER: David Nadler from Dickstein, Shapiro representing Boston Edison, along with Nick Mattia, also from Dickstein Shapiro.

THE COURT: All right, thank you very much and welcome. We had an interesting status conference in Boston Edison the other day. I'm sure those who weren't here, probably Mr. Silberg, had a direct report on that on that status conference.

In this case, we have a complaint and an answer. We do not, as yet, I take it, have a discovery schedule; and one of the questions the Court would have for counsel this morning relates to discovery.

We also have the question of consolidation, and I think I've indicated the Court was inclined to put that matter of, at least for a time, until it's possible to tell how the Boston Edison case will develop, and whether indeed they are on a comparable track.

On that score, it's worth noting that because the same contract is involved, and the facts have a common base and root, and indeed some of the same assignment questions, there would be a strong presumption, at least, that the cases would be consolidated. But on the other hand, if the cases just don't fit together well, the Court wouldn't do that, and we'll just have to see.

Would counsel for the Plaintiff, Mr. Silberg,