IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,<br>Plaintiff, | ) | |
| v. | ) | No. 04-0033C<br>(Judge Bruggink) |
| UNITED STATES OF AMERICA,<br>Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME ONE DAY OUT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time, out of time, of one day, to and including September 8, 2004, within which to file its reply to the oppositions that Consolidated Edison Company and Entergy Nuclear Indian Point 2, LLC, filed in response to the Government's motion to consolidate Entergy Nuclear Indian Point 2, LLC v. United States, No. 03-2622C (Fed. Cl.) (Lettow, J.), and Consolidated Edison Co. v. United States, No. 04-0033C (Fed. Cl.) (Bruggink, J.). Our reply was due on Tuesday, September 7, 2004. We had not previously requested any enlargements of time for this purpose. Richard Conway, counsel for Consolidated Edison Company ("ConEd"), and Alex Tomaszczuk, counsel for Entergy Nuclear Indian Point 2 ("ENIP"), have both represented that their respective clients do not oppose this motion. A copy of our reply accompanies this motion.

Counsel for the Government had prepared a draft of the Government's reply brief prior to the Labor Day holiday weekend. Unfortunately, because of a calendaring error and because the attorneys responsible for this reply were absent from the office on Tuesday, September 7, 2004, the Government failed to file this reply on its current due date and failed timely to realize that it

was due to be filed with the Court yesterday. We apologize for this error and, given that it does not appear that an enlargement of one day will prejudice either ConEd or ENIP, respectfully request that the Court permit us to file our reply one date late.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement of time of one day, out of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585
Washington, D.C. 20585

September 8, 2004

CERTIFICATE OF FILING

I hereby certify that on September 8, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME ONE DAY OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.