IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-0033C

(Filed November 23, 2004)

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant

SCHEDULING ORDER

By an order dated November 4, 2004, this case was reassigned to the undersigned judge. A status conference will be held on December 20, 2004, commencing at 2 p.m., at the Howard T. Markey National Courts Building, 717 Madison Avenue, N.W., Washington D.C. The courtroom in which the status conference will be held shall be posted in the lobby of the building. The status conference will address the motions currently pending in this case.

It is so ORDERED

s/ Charles F. Lettow
Charles F. Lettow
Judge