IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-0033C

(Filed December 20, 2004)

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant

ORDER

Pending before the court is Defendant's Motion to Stay All Proceedings Or, in the Alternative, for Coordinated Discovery Regarding Rate And Schedule Issues, along with plaintiff's response and defendant's reply. A hearing on the motion was held before Judge Bruggink on August 6, 2004. This case was reassigned to the undersigned judge on November 4, 2004, and a status conference was held on December 20, 2004.

It is hereby ORDERED that defendant's motion is **DENIED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge