No. 04-0033C
(Judge Lettow)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S MOTION TO DISMISS CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.'S COMPLAINT

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

December 27, 2004

# TABLE OF CONTENTS

PAGE

STATEMENT OF THE ISSUE . . . . . . . . . . 2

STATEMENT OF FACTS . . . . . . . . . . 2

SUMMARY OF ARGUMENT . . . . . . . . . . 7

ARGUMENT . . . . . . . . . . 9

I. STANDARD OF REVIEW . . . . . . . . . . 9

II. CONSOLIDATED EDISON'S CONTRACT CLAIM FOR THE DIMINISHED SALES PRICE OF ITS REACTORS IS A CLAIM FOR UNRECOVERABLE CONSEQUENTIAL DAMAGES . . . . . . . . . . 9

A. A Plaintiff May Not Obtain Consequential Damages For An Alleged Breach Of Contract . . . . . . . . . . 9

B. ConEd's Sale Of Its Utility Is Not Directly Related To The Standard Contract, But Rather Constitutes An Independent And Collateral Undertaking . . . . . . . . . . 14

III. PLAINTIFF'S TAKINGS CLAIM IS PREDICATED SOLELY UPON THE GOVERNMENT'S ALLEGED BREACH OF THE STANDARD CONTRACT AND, THEREFORE, PLAINTIFF FAILS TO STATE A VIABLE CLAIM . . . 16

A. Standard For A Takings Claim . . . . . . . . . . 16

B. Because The "Property Right" To SNF Acceptance Underlying ConEd's Takings Claim Arises Solely From The Standard Contract, ConEd Has Not Alleged A Viable Takings Claim . . . . . . . . . . 17

C. Plaintiff May Not Rely Upon The NWPA To Establish A Property Interest . . . . . . . . . . 23

D. The Government's Failure To Timely Perform Under The Standard Contract May Not Form The Basis For A Takings Claim . . . . . . . . . . 25

E. Even If ConEd Could Establish A "Property Right" To SNF Acceptance Independent Of The Standard Contract, ConEd Has Failed To State A Cognizable Takings Claim As A Matter Of Law . . . . . . . . . . 25

1. Consequential Damages Are Not Recoverable In A Takings Action . . . . . . . . . . 25

2. ConEd Has Failed To Assert A Valid Regulatory Taking . . . . . . 27

VI. PLAINTIFF'S ASSERTION THAT PAYMENT OF FEES INTO THE NUCLEAR WASTE FUND SOMEHOW CONSTITUTES A "TAKING" OF ITS PROPERTY IS MERITLESS . . . . . . . . . . 30

A. This Court Lacks Jurisdiction To Entertain Claims Relating To The Amount Of The Nuclear Waste Fund Fees . . . . . . . . . . 30

B. The Obligation To Pay Money Into The NWF Cannot Form The Basis Of A Takings Claim . . . . . . . . . . 32

CONCLUSION . . . . . . . . . . 33

## TABLE OF AUTHORITIES

### FEDERAL CASES

CASES PAGE(s)

767 Third Avenue Associate v. United States,
48 F.3d 1575 (Fed. Cir. 1995) . . . . . . . . . . 28

Admiral Financial Corp. v. United States,
378 F.2d 1336 (Fed. Cir. 2004) . . . . . . . . . . 22, 23

Allied Colloids Inc. v. America Cyanamid Co.,
64 F.3d 1570 (Fed. Cir. 1995) . . . . . . . . . . 4, 5

Atlas Corp. v. United States,
895 F.2d 745 cert. denied, 498 U.S. 811 (1990) . . . . . . . . . . 32

Bailey v. United States,
53 Fed. Cl. 251 (2002), aff'd, 341 F.3d 1342 (Fed. Cir. 2003) . . . . . . . . . . 23

Branch v. United States,
69 F.3d 1571 (Fed. Cir. 1995) . . . . . . . . . . 23, 27

Carolina Power & Light Co. v. United States,
48 Fed. Cl. 35 (2000) . . . . . . . . . . 28

Castle v. United States,
48 Fed. Cl. 187 (2000), aff'd in relevant part,
301 F.3d 1328 (Fed. Cir.2002) . . . . . . . . . . 21, 22

Centex Corp. v. United States,
49 Fed. Cl. 691 (2001) . . . . . . . . . . 20

Commonwealth Edison Co. v. United States,
271 F.3d 1327 (Fed. Cir. 2001) . . . . . . . . . . 32

Commonwealth Edison Co. v. United States,
56 Fed. Cl. 652 (2003) . . . . . . . . . . 19, 20

Conley v. Gibson,
355 U.S. 41 (1957) . . . . . . . . . . 9

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Connolly v. Pension Benefit Guarantee Corp.,
475 U.S. 211 (1986) . . . . . 27, 29

Consumers Energy Co. v. United States,
57 Fed. Cl. 278 (2003) . . . . . 18, 33

Croman Corp. v. United States,
49 Fed. Cl. 776 (2001) . . . . . 20

Detroit Edison Co. v. United States,
56 Fed. Cl. 299 (2003) . . . . . 20

Energy Capital Corp. v. United States,
302 F.3d 1314 (Fed. Cir. 2002) . . . . . 13

Fern v. United States,
908 F.2d 955 (Fed. Cir. 1990) . . . . . 23

First Height Banks v. United States,
57 Fed. Cl. 162 (2003) . . . . . 12

Franklin Savings Corp. v. United States,
46 Fed. Cl. 533 (2000) . . . . . 20

Gardner Displays Co. v. United States,
171 Ct. Cl. 497, 346 F.2d 585 (1965) . . . . . 10

General Electric Uranium Mgt. Corp. v. United States Department of Energy,
764 F.2d 896 (D.C. Cir. 1985) . . . . . 31

Granite Mgt. Corp. v. United States,
55 Fed. Cl. 164 (2003) . . . . . 20

Home Savings of America, F.S.B. v. United States,
51 Fed. Cl. 487 (2002) . . . . . 20

Hughes Communications Galaxy, Inc. v. United States,
271 F.3d 1060 (Fed. Cir. 2001) . . . . . 21

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Integrated Logistics Support System International, Inc. v. United States,
42 Fed. Cl. 30 (1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Karuk Tribe of Cal. v. Ammon,
209 F.3d 1366 (Fed. Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Klein v. United States,
179 Ct. Cl. 910, 375 F.2d 825 (1967) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

La Van v. United States,
56 Fed. Cl. 580 (2003), aff'd in part, vacated in part,
382 F.3d 1340 (Fed. Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 21, 22

M&J Coal Co. v. United States,
47 F.3d 1148 (Fed. Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

M. Snower & Co. v. United States,
140 F.2d 367 (7th Cir. 1944) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Members of the Peanut Quota Holders Association, Inc. v. United States,
60 Fed. Cl. 524 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

Mitchell v. United States,
267 U.S. 341 (1925) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Munn v. Illinois,
94 U.S. 113 (1876) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

National Association of Regulatory Utility Commission v. United States Department of Energy,
851 F.2d 1424 (D.C. Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

Natural Res. Def. Council, Inc. v. Abraham,
244 F.3d 742 (D.C. Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

Northern Helex Co. v. United States,
207 Ct. Cl. 862, 524 F.2d 707 (1975) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Northern States Power Co. v. United States,
224 F.3d 1361 (Fed. Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Northwest Airlines, Inc. v. United States Department of Transport,
15 F.3d 1112 (D.C. Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Olin Jones Sand Co. v. United States,
225 Ct. Cl. 741 (1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 12, 16

Omnia Commercial Co. v. United States,
261 U.S. 502 (1923) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Papasan v. Allain,
478 U.S. 265 (1968) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Perpetual Finance Corp. v. United States,
61 Fed. Cl. 126 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

Pittman v. Chicago Board of Education,
64 F.3d 1098 (7th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

Plaintiffs in Winstar-Related Cases v. United States,
37 Fed. Cl. 174 (1997), aff'd,
133 F.3d 874 (Fed. Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Ramsey v. United States,
121 Ct. Cl. 426, 101 F. Supp. 353 (1951) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 11

Robbins v. United States,
40 Fed. Cl. 381 (1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28, 29

Rochman v. United States,
27 Fed. Cl. 162 (1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Rushton v. Nebraska Public Power District,
844 F.2d 562 (8th Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 30

Sacramento Municipal Utility District v. United States,
61 Fed. Cl. 438 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

San Carlos Irrigation & Drainage District v. United States,
111 F.3d 1557 (Fed. Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Scott Timber Co. v. United States,
33 F.3d 1358 (Fed. Cir. 2003) . . . . . . . . . . 11, 16

Smith v. United States,
58 Fed. Cl. 374 (2003) . . . . . . . . . . 21

Sun Oil Co. v. United States,
215 Ct. Cl. 716, 572 F.2d 786 (1978) . . . . . . . . . . 21

Tyler House Apartments, Ltd. v. United States,
38 Fed. Cl. 1 (1997) . . . . . . . . . . 21

United States v. General Motors Corp.,
323 U.S. 373, 360 (1945) . . . . . . . . . . 26

United States Shoe Corp. v. United States,
296 F.3d 1378 (Fed. Cir. 2002) . . . . . . . . . . 32

United States v. Sperry Corp.,
493 U.S. 52 (1989) . . . . . . . . . . 32

United States v. Winstar Corp.,
518 U.S. 839 (1996) . . . . . . . . . . 21, 22

Wells Fargo Bank, N.A. v. United States,
88 F.3d 1012 (Fed. Cir. 1996), cert. denied,
520 U.S. 1116 (1997) . . . . . . . . . . 9, 10, 16

Westfed Holdings, Inc. v. United States,
52 Fed. Cl. 135 (2002) . . . . . . . . . . 20

William Green Construction Co. v. United States,
201 Ct. Cl. 616, 477 F.2d 930 (1973) . . . . . . . . . . 12, 16

Yankee Atomic Electric Co. v. United States,
42 Fed. Cl. 223 (1998) . . . . . . . . . . 33

Yuba Natural Resources, Inc. v. United States,
904 F.2d 1577 (Fed. Cir. 1990) . . . . . . . . . . 26

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

**DOCKETED CASES**

Adams v. United States,
No. 04-5012, 2004 WL 2813765 (Fed. Cir. Dec. 9, 2004) . . . . . . . . . . . . . . . . . . . . 17, 24

Commonwealth Edison Co. v. United States,
No. 98-621C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 19

Exelon Generation Co., LLC,
No. 04-102C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

GPU Nuclear, Inc. v. United States,
No. 00-440C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Indiana Michigan Power Co. v. United States,
No. 98-486C (Hodges, J.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Southern Nuclear Operating Co. v. United States,
No. 98-614C (Fed. Cl. Apr. 7, 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

The United Illuminating Company v. United States,
No. 04-0129C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

**FEDERAL STATUTES**

10 C.F.R. § 961.11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

42 U.S.C. §§ 10101-10270 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

42 U.S.C. § 10131(a)(4) & (a)(5) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

42 U.S.C. § 10131(b)(1)-(4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

42 U.S.C. § 10131(b)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

42 U.S.C. § 10131(4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 31

42 U.S.C. § 10139 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

TABLE OF AUTHORITIES (cont'd)

PAGE(S)

42 U.S.C. § 10139(a)(1)(A),(B), & (C) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

42 U.S.C. § 10222 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

42 U.S.C. § 10222(a)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 14, 17,

42 U.S.C. § 10222(a)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

42 U.S.C. § 10222(a)(4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

42 U.S.C. § 10222(b)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8