IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Plaintiff, | ) | |
| v. | ) | No. 04-0033C (Judge George Miller) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A COPY OF PLAINTIFF'S FREEDOM OF INFORMATION ACT REQUEST DIRECTED TO THE NUCLEAR REGULATORY COMMISSION**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court permit it to file a copy of a Freedom of Information Act ("FOIA") request submitted by plaintiff, Consolidated Edison Company of New York ("ConEd"), to the Nuclear Regulatory Commission ("NRC"). A copy of that FOIA request is attached.

As we discussed in our motion to stay discovery, filed on January 3, 2005, ConEd has submitted a FOIA request to the Department of Energy that overlaps in large part with the broad discovery requests it has propounded in this case. After the filing of our motion to stay, however, the Government discovered that ConEd also has submitted a FOIA request to the Nuclear Regulatory Commission ("NRC"). Similar to the FOIA request directed to DOE, the NRC FOIA request is largely duplicative of ConEd's discovery requests that it has propounded in this case. The NRC FOIA request is further justification for staying discovery in this case, and we respectfully request leave to file the NRC FOIA request submitted by ConEd.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: 202-305-7583
Fax: 202-307-2503

January 6, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of January 2005, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE A COPY OF PLAINTIFF'S FREEDOM OF INFORMATION ACT REQUEST DIRECTED TO THE NUCLEAR REGULATORY COMMISSION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner