DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
*2101 L Street NW • Washington, DC 20037-1526*
*Tel (202) 785-9700 • Fax (202) 887-0689*
*Writer's Direct Dial: (202) 833-7035*
*E-Mail Address: MattieN@dsmo.com*

FOIA/PA REQUEST
Case No: 2005-0049
Date Rec'd: 11-22-04
Specialist:
Related Case:

November 16, 2004

VIA FACSIMILE

Ms. Carol Ann Reed
FOIA/PA Officer
U.S. Nuclear Regulatory Commission
Mail Stop T6-D8
Washington, DC 20005-0001

Re: Freedom of Information Act Request

Dear Ms. Reed:

This is a request under the Freedom of Information Act, 5 U.S.C. § 552. We request that the following documents be provided to us:

**License Transfer Docket Nos. 50-277 and 50-278**

- All Requests For Additional Information ("RAI") issued by the Nuclear Regulatory Commission ("NRC") to PECO Energy Company ("PECO") and Public Service Electric and Gas Company ("PSEG") related to their assumption of Facility Operating License Nos. DPR-44 and DPR-56 for the Peach Bottom Units 2 and 3 that were previously held by Atlantic City Electric Company and Delmarva Power and Light Company (Docket Nos. 50-277 and 50-278).

- All responses by PECO and PSEG to any RAI issued by the NRC related to the transfer of Facility Operating License Nos. DPR-44 and DPR-56 for the Peach Bottom Units 2 and 3 (Docket Nos. 50-277 and 50-278).

**License Transfer Docket Nos. 50-272 and 50-311**

- All RAI issued by the NRC to PSEG Nuclear LLC ("PSEG") related to its assumption of Facility Operating License Nos. DPR-70 and DPR-75 for the Salem Nuclear Generating Station Unit Nos. 1 and 2 that were previously held by Delmarva Power and Light Company and Atlantic City Electric Company (Docket Nos. 50-272 and 50-311).

- All responses by PSEG to any RAI issued by the NRC related to the transfer of Facility Operating License Nos. DPR-70 and DPR-75 for the Salem Nuclear Generating Station Unit Nos. 1 and 2 (Docket Nos. 50-272 and 50-311).

**License Transfer Docket No. 50-354**

- All RAI issued by the NRC to PSEG related to its assumption of Facility Operating License NPF-57 for the Hope Creek Generating Station to the extent that it was held by Atlantic City Electric Company (Docket No. 50-354).
- All responses by PSEG to any RAI issued by the NRC related to the transfer of Facility Operating License No. NPF-57 for Hope Creek Generating Station (Docket No. 50-354).

**License Transfer Docket Nos. 50-003 and 50-247**

- All RAI issued by the NRC to Entergy Nuclear Indian Point 2, LLC ("Entergy Nuclear IP2") and Entergy Nuclear Operations, Inc. ("ENO") related to their assumption of Facility Operating License Nos. DPR-5 and DPR-26 for Indian Point Nuclear Generating Unit Nos. 1 and 2 that were previously held by Consolidated Edison Company of New York, Inc. (Docket Nos. 50-003 and 50-247).
- All responses by Entergy Nuclear IP2 and ENO to any RAI issued by the NRC related to the transfer of Facility Operating License Nos. DPR-5 and DPR-26 for Indian Point Nuclear Generating Unit Nos. 1 and 2 (Docket Nos. 50-003 and 50-247).

**License Transfer Docket No. 50-293**

- All RAI issued by the NRC to ENO related to its assumption of the Facility Operating License for the Pilgrim Nuclear Power Station that was previously held by Boston Edison Company (Docket No. 50-293).
- All responses by ENO to any RAI issued by the NRC related to the transfer of the Facility Operating License for the Pilgrim Nuclear Power Station (Docket No. 50-293).

**License Transfer Docket No. 50-443**

- All RAI issued by the NRC to FPL Energy Seabrook LLC ("FPL Seabrook") related to its assumption of the Facility Operating License for Seabrook Station No. 1 that was previously held by Canal Electric Company (Docket No. 50-443).
- All responses by FPL Seabrook to any RAI issued by the NRC related to the transfer of the Facility Operating License for Seabrook Station No. 1 (Docket No. 50-433).

The requested materials are needed for ongoing litigation against the Department of Energy. We agree to pay all reasonable fees associated with this request.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the scope of this request or any other matters, please contact me at (202) 833-7035.

Sincerely,

Nick Mattia/jlc

Nicholas W. Mattia, Jr.