# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DELMARVA POWER & LIGHT CO.,** *

Plaintiff, *

v. * No. 04-34C

**THE UNITED STATES,** * (Filed Dec. 3, 2004)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Argument was held on December 3, 2004, on Defendant's Motion To Dismiss. The court was advised that plaintiff had lodged for filing its Amended Complaint earlier on December 2, 2004. The court has not reviewed this filing.

The court observed that, because defendant's reply brief was its principal brief in challenging plaintiff's takings claim, plaintiff should have an opportunity to file a sur-reply. For reasons stated from the bench, the court issued a tentative ruling that defendant's motion should be denied, as it relates to plaintiff's takings claim and its claim for an unreasonable fee assessment amounting to a confiscation. Defendant indicated that it may file a renewed motion in response to plaintiff's amended complaint, and plaintiff elected to respond to all issues relating to contract and takings claims at one time. Accordingly,

**IT IS ORDERED**, as follows:

1. A ruling on defendant's motion is deferred to defendant's filing a renewed motion addressing all contracts and takings issues. With respect to the latter, defendant may elect to rest on its opening brief, or incorporate parts or all of it by reference, in order to avoid repetition. Plaintiff will have an opportunity to address defendant's arguments relating to a taking.

2. The parties shall file a Joint Status Report by January 3, 2005, proposing a course of further proceedings.

3. Due to the Holiday Season defendant shall respond to plaintiff's amended complaint, pursuant to RCFC 15(a), by January 3, 2005.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge