IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-0033C

(Filed: January 31, 2005)

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Consolidated Edison Company of New York, Inc.'s Motion for Leave to Exceed the Page Limit in Plaintiff's Opposition to Defendant's Motion to Dismiss, filed on January 27, 2005. For good cause shown, plaintiff's motion for leave is GRANTED.

Nonetheless, the materials proffered with the opposition are defective in that they fail to include an index to the appendix. On or before February 11, 2005, plaintiff shall supply the court with an index to the appendix of its opposition.

It is hereby ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge