IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-0033C

(Filed: January 31, 2005)

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion for Leave to File a Copy of Plaintiff's Freedom of Information Act Request Directed to the Nuclear Regulatory Commission, filed on January 6, 2005. For good cause shown, defendant's motion for leave is GRANTED. The clerk shall file a copy of the proffered Freedom of Information Act Request.

Also pending before the court is Defendant's Motion to Stay Discovery, filed on January 3, 2005. For good cause shown, defendant's motion to stay is GRANTED IN PART and DENIED IN PART. Defendant's obligation to respond to plaintiff's discovery requests shall be suspended until 30 days after a decision on defendant's motion to dismiss (which seeks to dismiss some claims but not others). The foregoing suspension of defendant's obligation to respond to plaintiff's discovery requests shall have no effect on the Freedom of Information Act requests submitted by Dickstein Shapiro Morin & Oshinsky, LLP.

It is hereby ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge