IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. Plaintiff, | ) | |
| v. | ) | No. 04-0033C (Judge Lettow) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of either seven or 21 days, to and including March 7, 2005, within which to file its reply to plaintiff's opposition to the Government's motion to dismiss. Currently, the Government's reply brief is due on either February 14, 2004 or February 28, 2005.[1] Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff, Richard Conway, has represented that plaintiff opposes this motion.

Counsel for defendant currently is preparing for the two-week trial in Sacramento Municipal Utility District v. United States, No. 98-488C ("SMUD"), which is scheduled to commence on March 21, 2005. Counsel for the Government completed expert discovery in SMUD on February 11, 2005, which required multiple trips outside the District of Columbia. In

[1] This uncertainty on the part of the Government is based upon the Court's January 31, 2005 order, in which it granted ConEd's unopposed motion for leave to exceed the page limits in its opposition brief, but noted that "the materials proffered with the opposition are defective in that they fail to include an index to the appendix." The Court ordered that ConEd supply the Court with an index to the appendix by February 11, 2005. If the filing of the corrected appendix is deemed to be the date of filing, the Government's reply brief would be due on February 28, 2005.

addition, counsel for the Government is preparing the Government's pretrial submissions in SMUD, which are currently due on February 28, 2005. Counsel for the Government also had to prepare for two oral arguments in other spent nuclear fuel cases: Entergy Nuclear Indian Point 2 v. United States, No. 03-2622C (Lettow, J) ("ENIP"), which was held on February 9, 2005; and Systems Fuels, Inc. v. United States, No. 03-2624C (Braden, J.), which will be held on February 15, 2005. Because of the more than doubling of ConEd's response brief (not including over two inches of attachments), counsel for defendant's trial schedule in the SMUD case, and preparation for oral arguments in the ENIP and System Fuels cases, counsel for the defendant needs the requested additional time to prepare a complete reply to ConEd's response.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

February 11, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 11th day of February 2005, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner