**No. 04-0033C**
**(Judge Lettow)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant.**

---

# EXHIBITS TO PLAINTIFF CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

---

Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

*Counsel of Record for Consolidated Edison Company of New York Inc.*

February 15, 2005

# INDEX TO EXHIBITS

**EXHIBIT NO.**

**Exhibit 1:** December 3, 2004 Hearing Transcript, *Delmarva Power & Light Co. v. United States*, (Fed. Cl.) No. 04-0034C

**Exhibit 2:** July 30, 1998 Motion For Leave To File Complaint For Failure To Act Under The Nuclear Waste Policy Act And Memorandum In Support Thereof, *Consolidated Edison Company of New York, Inc. v. United States Department of Energy*, (D.C. Cir.) No. 98-1358

**Exhibit 3:** July 30, 1998 Petition For Review Of Actions And Failures To Act Of The Secretary Of The Department Of Energy, The Department Of Energy And The United States Of America, *Consolidated Edison Company of New York, Inc. v. United States Department of Energy*, (D.C. Cir.) No. 98-1358

**Exhibit 4:** November 1, 1999 Petition For Writ Of Certiorari, *Consolidated Edison Company of New York, Inc. v. United States Department of Energy*, (USSC)

**Exhibit 5:** February 2000 Brief For The Respondents In Opposition, *Consolidated Edison Company of New York, Inc. v. United States Department of Energy*, (USSC) No. 99-766

**Exhibit 6:** *Northern States Power Co., v. United States Department of Energy and United States of America*, 1998 U.S. App. LEXIS 12919 (D.C. Cir. 1998)

**Exhibit 7:** October 1997 Petition For A Writ Of Certiorari, *United States v. Northern States Power Co.* (USSC) No. 98-384

**Exhibit 8:** December 3, 2004 Order, *Delmarva Power & Light Co. v. United States* (Fed. Cl.) No. 04-0034C

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on February 15, 2005 a copy of the foregoing Index for Exhibits To Plaintiff Consolidated Edison Company of New York, Inc.'s Opposition to Defendant's Motion to Dismiss was filed electronically. I understand that the notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

*Counsel of Record for*
*Consolidated Edison Company of New York Inc.*