IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-0033C

(Filed: February 15, 2005)

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion for an Enlargement of Time, filed on February 11, 2005. Defendant's reply in support of its motion to dismiss is currently due on or before February 14, 2005. Defendant requests an additional 21 days in which to file its reply. For good cause shown, defendant's motion is GRANTED. Defendant shall file its reply on or before March 7, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge