No. 04-0033C
(Judge Lettow)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

# DEFENDANT'S REPLY TO CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

March 7, 2005

**TABLE OF CONTENTS**

SUMMARY OF ARGUMENT ..... 1

DISCUSSION ..... 3

I. CONSOLIDATED EDISON'S CLAIM FOR THE DIMINISHED SALES PRICE OF ITS REACTORS IS A CLAIM FOR UNRECOVERABLE CONSEQUENTIAL DAMAGES AS A MATTER OF LAW ..... 3

A. ConEd Does Not Dispute That The Sale Of Its Nuclear Power Plant Constitutes A Collateral Undertaking Unrelated To The Purpose Of The Standard Contract ..... 3

B. ConEd's Complaint Fails To Allege That The Sale Of Its Nuclear Facility To A Third Party Was Foreseeable ..... 7

II. PLAINTIFF'S ASSERTIONS THAT ITS TAKINGS CLAIM IS BASED UPON RIGHTS PRE-EXISTING THE STANDARD CONTRACT OR ARISING OUTSIDE OF THE STANDARD CONTRACT ARE UNSUPPORTABLE ..... 10

A. Plaintiff Has No Cognizable Property Interest In The NWPA ..... 10

B. Any Alleged Protected Interest That ConEd May Have Derives Exclusively From The Standard Contract ..... 14

C. Plaintiff's Takings Claim Fails Because It Is Predicated Upon A Breach Of A Contract With The Government ..... 16

D. ConEd Cannot Establish A Physical Taking Under These Circumstances ..... 19

E. Because ConEd's Takings Claim Is Impermissibly Predicated Upon A Breach Of The Standard Contract, No Discovery Is Required To Dismiss Its Claim As A Matter Of Law ..... 20

III. THIS COURT LACKS JURISDICTION TO ADJUDICATE PLAINTIFF'S CHALLENGE TO THE SECRETARY OF ENERGY'S FEE COLLECTION PRACTICE ..... 21

A. This Court Has Not Addressed Whether It Possesses Jurisdiction To Adjudicate Challenges To The Secretary Of Energy's Fee Collection Practices ..... 21

B. The Courts Of Appeals Have Never Found That This Court Possesses Jurisdiction To Adjudicate Challenges To The Collection Of Fees Under The NWPA .................................................. 25

CONCLUSION .................................................................................................................. 36

# TABLE OF AUTHORITIES

## FEDERAL CASES

Admiral Finance Corp. v. United States,
378 F.3d 1336 (Fed. Cir. 2004) .................... 18

Advanced Cardiovascular System, Inc. v. Scimed Life System,
988 F.2d 1157 (Fed. Cir. 1993) .................... 20

Alabama Power Co. v. Department of Energy,
307 F.3d 1300 (11th Cir. 2002) .................... 25

Amen v. City of Dearborn,
718 F.2d 789 (6th Cir. 1983), *cert. denied*,
465 U.S. 1101 (1984) .................... 35

Benenson v. United States,
548 F.2d 939 (Ct. Cl. 1977) .................... 19

Boston Edison Company v. United States,
No. 99-447C,
2005 WL 375603 (Fed. Cl. Feb. 15, 2005) .................... PASSIM

Branch v. United States,
69 F.3d 1571 (Fed. Cir. 1995) .................... 12

Castle v. United States,
48 Fed. Cl. 187 (2000), aff'd in relevant part,
301 F.3d 1328 (Fed. Cir. 2002) .................... 17, 18

Centex Corp. v. United States,
49 Fed. Cl. 691 (2001) .................... 21

Chancellor Manor v. United States,
331 F.3d 891 (Fed. Cir. 2003) .................... 20

Christianson v. Colt Industries,
486 U.S. 800 (1988) .................... 35

Commonwealth Edison Co. v. United States,
271 F.3d 1327 (Fed. Cir. 2001) .................... 10, 16, 23

Commonwealth Edison Co. v. United States,
56 Fed. Cl. 652 (2003) .................... 17, 18, 20

Consolidated Edison Co. v. U.S. Department of Energy,
870 F.2d 694 (D.C. Cir. 1989) .......... 26, 27

Commonwealth Edison Co. v. United States Department of Energy,
877 F.2d 1042 (D.C. Cir. 1989) .......... 26

Consolidated Edison Co. of New York v. Department of Energy,
529 U.S. 1003 (2000) .......... 35

Consolidated Edison Co. of New York v. Department of Energy,
No. 98-1358, 1999 WL 325517 (D.C. Cir. Apr. 16, 1999) .......... 33

Consumers Energy Company v. United States,
57 Fed. Cl. 278 (2003) .......... 15, 16

Croman Corp. v. United States,
49 Fed. Cl. 776 (2001) .......... 21

Del-Rio Drilling Programs, Inc. v. United States,
146 F.3d 1358 (Fed. Cir. 1998) .......... 20

Department of Energy v. Northern States Power Co.,
525 U.S. 1016 (1998) .......... 31

Fern v. United States,
908 F. 2d 955 (Fed. Cir. 1990) .......... 11

Florida Power & Light Co. v. United States,
Nos. 98-483C, 98-485C, 01-116C, 01-551C,
2005 WL 318678 (Fed. Cl. Jan. 31, 2005) .......... 26

Forest Props., Inc. v. United States,
177 F.3d 1360 (Fed. Cir. 1999) .......... 19

Franklin Savings Corp. v. United States,
46 Fed. Cl. 533 (2000) .......... 21

General Electric Uranium Mgt. Corp. v. United States Department of Energy,
584 F. Supp. 234 (D.D.C. 1984), rev'd,
764 F.2d 896 (D.C. Cir. 1985) .......... PASSIM

Granite Mgt. Corp. v. United States,
55 Fed. Cl. 164 (2003) .......... 20

Home Savings of America v. United States,
51 Fed. Cl. 487 (2002) ........................................ 21

Indiana Michigan Power Co. v. Department of Energy,
88 F.3d 1272 (D.C. Cir. 1996) ........................................ PASSIM

Landgraf v. USI Film Prods.,
511 U.S. 244 (1994) ........................................ 12

Lucas v. United States,
25 Cl. Ct. 298 (1992) ........................................ 5

Maine Yankee Atomic Power Co. v. United States,
225 F.3d 1336 (Fed. Cir. 2000) ........................................ 12, 16

Members of the Peanut Quota Holders Associate, Inc. v. United States,
60 Fed. Cl. 524 (2004) ........................................ 12

Morris v. United States,
39 Fed. Cl. 7 (1997) ........................................ 4

Munn v. Illinois,
94 U.S. 112 (1876) ........................................ 11

National Association of Regulatory Utility Commission v. United States Department of Energy,
851 F.2d 1424 (D.C. Cir. 1988) ........................................ 24

Natural Res. Def. Council, Inc. v. Abraham,
244 F.3d 742 (D.C. Cir. 2001) ........................................ 24

Neely v. United States,
285 F.2d 438 (Ct. Cl. 1961) ........................................ 5

Northern States Power Co. v. United States Department of Energy,
128 F.3d 754 (D.C. Cir. 1997) ........................................ PASSIM

Northern States Power Co. v. United States Department of Energy,
No. 97-1064, 98-1069, 98-1070, 97-1065, 97-1370, 97-1398,
1998 WL 276581 (D.C. Cir. May 5, 1998) ........................................ 30

Olin Jones Sand Co. v. United States,
225 Ct. Cl. 741,
1980 WL 13211 (1980) ........................................ 5

Ramsey v. United States,
121 Ct. Cl. 426, 101 F. Supp. 353 (1951) cert. denied,
343 U.S. 977, 72 S. Ct. 1072, 96 L. Ed. 1369 (1952) .................................................. 4, 5

Rochester Gas & Electric Co. v. United States,
No. 04-118C (Fed. Cl.) ........................................................................................ 9

Sacramento Municipal Utility District v. United States,
No. 98-488C, 2005 WL 242130 (Fed. Cl. Jan. 19, 2005) ............................................. 13

Sacramento Municipal Utility District v. United States,
61 Fed. Cl. 438 (2004) ........................................................................................ 13

Smokey Bear, Inc. v. United States,
31 Fed. Cl. 805 (1994) ........................................................................................ 4

Solar Turbines, Inc. v. United States,
23 Cl. Ct. 142 (1991) .......................................................................................... 5

Southern California Edison v. United States,
58 Fed. Cl. 313 (2003) ........................................................................................ 5

Southern National Corporation v. United States,
57 Fed. Cl. 294 (2003) ........................................................................................ 5, 6

Southern Nuclear Operating Co. v. United States,
No. 98-614C (Fed. Cl. Apr. 7, 2004) ..................................................................... 18

The Stearns Co. v. United States,
No. 04-5031, 2005 WL 181712 (Fed. Cir. Jan. 28, 2005) ............................................ 19

Suess v. United States,
52 Fed. Cl. 221 (2002) ........................................................................................ 6, 7

The Prudential Insurance Co. of America v. United States,
801 F.2d 1295 (Fed. Cir. 1986) ............................................................................ 8

United States Shoe Corp. v. United States,
296 F.3d 1378 (Fed. Cir. 2002) ............................................................................ 23

United States v. Commonwealth of Kentucky,
252 F.3d 816 (6th Cir. 2001) ............................................................................... 10

United States v. Cook County,
170 F.3d 1084 (Fed. Cir. 1999) ............................................................................ 35

Westfed Holdings, Inc. v. United States,
52 Fed. Cl. 135 (2002) ........ 21

Wisconsin Electric Power Co. v. Department of Energy,
211 F.3d 646 (D.C. Cir. 2000) ........ 25

Wisconsin Electric Power Co. v. U.S. Department of Energy,
778 F.2d 1 (D.C. Cir. 1985) ........ 27

Yamaha Corp. of America v. United States,
961 F.2d 245 (D.C. Cir. 1992) ........ 33

Yankee Atomic Electric Co. v. United States,
42 Fed. Cl. 223 (1998) ........ 12, 16

**FEDERAL STATUTES and REGULATIONS**

42 U.S.C. § 10131(b)(1)-(4) (2004) ........ 7, 15

42 U.S.C. § 10139 ........ PASSIM

42 U.S.C. § 10222(a) PASSIM

10 C.F.R. § 961.11, Art. XIV ........ 7, 9

## INDEX TO APPENDIX

DOCUMENT PAGE

Respondents' Reply To Petitioners' Response In Opposition
To Motion To Dismiss Petition ........................................................................................ 32