IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-0033C

(Filed: April 1, 2005)

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion for Leave to Exceed the Page Limit in Defendant's Reply to Consolidated Edison Company of New York's Opposition to Defendant's Motion to Dismiss, filed on March 7, 2005. Plaintiff's response to this motion was due on or before March 24, 2005, but plaintiff has not responded. For good cause shown, defendant's motion is GRANTED. Defendant's reply shall be deemed filed on the date of this order, April 1, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge