IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-0033C

(Filed: April 22, 2005)

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the defendant's motion to dismiss. A hearing on this motion shall be held on May 26, 2005, commencing at 10:00 a.m., at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge