IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Plaintiff, | ) | |
| v. | ) | No. 04-0033C (Judge Lettow) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

DEFENDANT'S NOTICE OF ADDITIONAL AUTHORITY

Defendant, the United States, brings to the Court's attention the recent decision in Zoeller v. United States, No. 04-1496C (Fed. Cl. May 12, 2005). The decision in Zoeller supports the Government's position that plaintiff, Consolidated Edison Company of New York, Inc. ("ConEd"), fails to state cognizable takings claims, as those claims are expressly predicated upon its contract with the Government. In Zoeller, the Court explained that "[t]he government's breach of a contract does not effect a taking of a private party's contractual rights if the government does not deprive the private party of its contractual rights stemming from the breach of contract." Id. at 16 (citing Castle v. United States, 301 F.3d 1328, 1341-42 (Fed. Cir. 2002), cert. denied, 539 U.S. 925 (2003)). The Court explained that the Government had not prevented the plaintiff in Zoeller from seeking contractual remedies, and, in fact, plaintiff had pursued a breach of contract claim. As in Zoeller, the Government's failure to begin acceptance of spent nuclear fuel on an industry-wide basis beginning in January 1998 did not deprive ConEd of its contractual remedies under the Standard Contract; indeed, it is currently pursuing a breach of contract claim in this Court. A copy of the Zoeller decision is attached for the Court's convenience.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-305-7583
Fax: 202-307-2503

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

May 16, 2005

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2005, a copy of the foregoing "DEFENDANT'S NOTICE OF ADDITIONAL AUTHORITY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner