IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Plaintiff, | ) | |
| v. | ) | No. 04-0033C (Judge Lettow) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

DEFENDANT'S NOTICE OF ADDITIONAL AUTHORITY

Defendant, the United States, brings to the Court's attention the recent decision in Canal Electric Co. v. United States, No. 04-0035C (Fed. Cl. June 9, 2005), another spent nuclear fuel case. The Court's decision in Canal Electric supports the Government's position that plaintiff, Consolidated Edison Company of New York, Inc. ("ConEd"), fails to state cognizable takings claims, as those claims are expressly predicated upon a contract with the Government. In Canal Electric, the Court rejected takings claims identical to the claims raised by ConEd, concluding that, "[p]laintiff has not established a physical or a regulatory takings theory that is consistent with takings jurisprudence in this Circuit." Slip op. at 10. A copy of the Canal Electric decision is attached for the Court's convenience.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-305-7583
Fax: 202-307-2503

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

June 9, 2005

CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2005, a copy of the foregoing "DEFENDANT'S NOTICE OF ADDITIONAL AUTHORITY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner