**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-0033C (Judge Lettow)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

# NOTICE OF ADDITIONAL AUTHORITY

Plaintiff Consolidated Edison Company of New York, Inc.'s ("Consolidated Edison"), through its undersigned counsel, hereby brings to the Court's attention Judge Christine Miller's recent opinion in *Delmarva Power & Light Co. v. United States,* No. 04-34 and 04-36 (filed July 1, 2005) ("*Delmarva*"). On January 21, 2005, *Atlantic City Electric Co. v. United States*, No. 04-36 ("*Atlantic*") was consolidated with *Delmarva.* Both Delmarva and Atlantic assert amended claims that are similar to those asserted by Consolidated Edison. Denying the Government's Motion for Summary Judgment, the *Delmarva* opinion cites favorably to the Court's decisions in *Boston Edison Co. v. United States*, 64 Fed. Cl 167 (2005), *Sacramento Municipal Utility District v. United States*, 61 Fed. Cl. 438 (2004) and *Detroit Edison v. United States*, 56 Fed. Cl. 299 (2003). Opinion at 4-5. A copy of the *Delmarva* decision is attached for the Court's convenience.

Date: July 5, 2005

Respectfully submitted,

By: s/Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037-1526
(202) 785-9700

*Counsel of Record for*
*Consolidated Edison Company of New York, Inc.*

Of Counsel:

Nicholas W. Mattia, Jr.
Bradley D. Wine
Jeffery P. Becherer
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037

Brent L. Brandenburg, Esq.
Assistant General Counsel
Consolidated Edison Company
of New York, Inc.
4 Irving Place -- 1830
New York, NY 10003

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that, on July 5, 2005, a copy of the foregoing Notice of Additional Authority was filed electronically. I understand that the notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bradley D. Wine
Bradley D. Wine