IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,
Plaintiff,

v.

UNITED STATES OF AMERICA,
Defendant.

No. 04-0033C
(Judge Lettow)

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court enlarge the time within which defendant must respond to plaintiff's complaint by 11 days, to and including September 19, 2005. Pursuant to this Court's order dated August 24, 2005, the Government's answer is due to be filed on September 8, 2005. Defendant has not previously requested an enlargement of time for this purpose. An attorney associated with counsel for plaintiff, Bradley Wine, has represented that plaintiff does not oppose this motion.

In the past month, counsel for defendant has been involved in expert discovery in South Carolina Electric & Gas Co. v. United States, No. 04-101C (Lettow, J.), as well as preparing the Government's response to plaintiff's post-trial brief and approximately 600 proposed findings of fact in Sacramento Municipal Utility District v. United States, 98-488C (Braden, J.). In addition, counsel for defendant has been involved in the preparation of responses to plaintiffs' discovery requests in Delmarva Power & Light Co. v. United States, et. al, Nos. 04-0034C, 04-0036C (Miller, J.), as well preparation of third-party discovery requests in the Delmarva case. To allow counsel for defendant to develop an appropriate response to plaintiff's complaint, we

respectfully request that the Court grant us an enlargement of time of 11 days to file the pleadings required by the Court's August 24, 2005 order.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

September 2, 2005

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of September, 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner