IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-0033C

(Filed: September 6, 2005)

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the Court is Defendant's Unopposed Motion for Enlargement of Time to file its answer to plaintiff's complaint, filed by defendant on September 2, 2005. Under the Court's Opinion and Order, dated August 24, 2005, the defendant's answer to plaintiff's complaint was originally due on September 8, 2005. Defendant requests an extension of eleven days to September 19, 2005 to file its answer. Defendant's counsel explains that the government's efforts to file timely have been hindered by obligations to other cases. Defendant's counsel also notes that counsel for plaintiff does not object to this request.

Good cause having been established, defendant's Motion for Enlargement of Time is GRANTED. Defendant shall file its answer to plaintiff's complaint on or before September 19, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge