**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-0033C** |
| | ) | **(Judge Lettow)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL**

Pursuant to Rule 83.1(c)(4) of the Rules of the U.S. Court of Federal Claims, Plaintiff Consolidated Edison Company of New York, Inc. ("Con Edison") hereby moves the Court to substitute its counsel of record as set forth below. Pursuant to Rule 83.1(c)(4), an affidavit of appointment of counsel and written consent from prior counsel are attached to this motion.

Con Edison requests that David A. Churchill of Jenner & Block LLP be substituted by the Clerk as Con Edison's Counsel of Record in this action. Counsel and the Court are

respectfully requested to serve Mr. Churchill with copies of all court filings, correspondence, and orders via the Court's Electronic Case Filing System and at the following address:

David A. Churchill
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Washington, DC 20005
(202) 639 6056

Date: September 12, 2005

Respectfully submitted,

David A. Churchill
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Washington, DC 20005
(202) 639-6056

*Attorney of Record for*
*Consolidated Edison Company of New York, Inc.*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Plaintiff, | |
| v. | No. 04-0033C (Judge Lettow) |
| UNITED STATES OF AMERICA, Defendant. | |

**AFFIDAVIT OF APPOINTMENT OF DAVID A. CHURCHILL AS PLAINTIFF'S ATTORNEY OF RECORD**

David A. Churchill states under oath the following based upon personal knowledge:

1. I have been appointed by Plaintiff Consolidated Edison Company of New York as Plaintiff's Attorney of Record in the above captioned case.

2. I am admitted to practice before this Court.

Further affiant sayeth not.

David A. Churchill
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Washington, DC 20005
(202) 639-6000

Subscribed and sworn to before me this 12th day of September, 2005.

Notary Public

My commission expires on ________.
Kimberly A. Gibbs
Notary Public, District of Columbia
My Commission Expires 12-14-2005

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-0033C** |
| | ) | **(Judge Lettow)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## CONSENT TO SUBSTITUTION OF COUNSEL

In accordance with Rule 83.1(c)(4) of the Rules of the U.S. Court of Federal Claims, I hereby consent to the change of Counsel of Record for plaintiff in this action to David A. Churchill of Jenner & Block LLP.

Dated this 9th day of September, 2005

Respectfully submitted,

Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on September 12, 2005 a copy of the foregoing Plaintiff's Motion to Substitute Counsel, Affidavit of Appointment of David A. Churchill as Plaintiff's Attorney of Record, and Consent to Substitution of Counsel was filed electronically. I understand that the notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

/s/ David A. Churchill
David A. Churchill
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Washington, DC 20005
(202) 639-6056

*Attorney of Record for*
*Consolidated Edison Company of New York, Inc.*