IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-0033C

(Filed: September 28, 2005)

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion for Leave to File Corrected Copy of Defendant's Renewed Motion to Consolidate or, in the Alternative, for Issuance of a Summons Pursuant to RCFC 14(a) and Notice Pursuant to RCFC 14(b), filed on September 26, 2005. Counsel for defendant explains that an exhibit was omitted in the Renewed Motion to Consolidate that defendant filed on September 23, 2005.

For good cause shown, defendant's motion for leave to file a corrected copy of its Renewed Motion to Consolidate is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge