**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-0033C (Judge Lettow) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff, Consolidated Edison Company of New York, Inc. ("Con Edison") respectfully requests that the Court grant an enlargement of fourteen (14) days, to and including October 21, 2005, within which the Plaintiff may file its Response to Defendant's Renewed Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b) ("Renewed Consolidation Motion"). Plaintiff's Response is currently due on October 7, 2005. The Court has not previously granted Plaintiff an enlargement of time regarding this matter. Counsel for the Government, Joshua Gardner, has represented that Defendant does not oppose the requested extension.

Plaintiff's in-house counsel in this case will be out of the country until October 11, 2005. This extension is necessary to allow adequate time for Plaintiff's in-house counsel to confer with outside counsel in responding to the Renewed Consolidation Motion.

Plaintiff respectfully requests that the Court grant this request for a 14-day extension of time, to and including October 21, 2005, to file its Response to Defendant's Renewed Consolidation Motion.

Dated: October 4, 2005

Respectfully submitted,

s/ David A. Churchill

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Counsel of Record for*
*Consolidated Edison Company of New York, Inc.*

CERTIFICATE OF FILING

I hereby certify that on October 4, 2005, a copy of the foregoing "Plaintiff's Unopposed Motion For Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through this system.

s/ David A. Churchill

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Counsel of Record for*
*Consolidated Edison Company of New York, Inc.*