IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-0033C |
| | ) | (Judge Lettow) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT MOTION TO STAY FILING OF JOINT PRELIMINARY STATUS REPORT

Plaintiff, Consolidated Edison Company of New York ("ConEd"), and defendant, the United States, respectfully and jointly request that this Court stay the parties' obligation to file a joint preliminary status report ("JPSR") in the above-captioned case until 45 days after the Court resolves the Government's motion to consolidate the above-captioned case with Entergy Nuclear Indian Point 2 v. United States, No. 03-2622C (Fed. Cl.) ("ENIP").

Currently, the parties are scheduled to file a JPSR on November 7, 2005. On September 23, 2005, the Government renewed its motion to consolidate the above-captioned case with ENIP. ConEd and ENIP filed responses opposing consolidation on October 21, 2005. Although the parties disagree as to whether the Court should consolidate the ConEd and ENIP cases, both parties agree that the filing of a JPSR should be deferred until after the Court resolves this issue. Therefore, the parties request a stay of their obligation to file a JPSR until 45 days after the Court resolves the Government's motion to consolidate.

Respectfully submitted,

s/David Churchill
DAVID CHURCHILL
Jenner & Block, LLP
601 Thirteenth Street, NW, Suite 1200.
Washington, D.C. 20005
Tele: (202) 639-6000
Fax: (202) 637-6370

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November 2005, a copy of foregoing “JOINT MOTION TO STAY FILING OF JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner