IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-0033C

(Filed: November 2, 2005)

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |

ORDER

Pending before the Court is Defendant's Renewed Motion to Consolidate, filed on September 23, 2005. Defendant seeks to consolidate this case with *Entergy Indian Point 2 v. United States*, No. 03-2622C.

Also pending before the court is the parties' Joint Motion to Stay Filing of Joint Preliminary Status Report, filed on November 1, 2005. The parties are currently scheduled to file a joint preliminary status report on November 7, 2005. The parties request that the court stay the parties' obligation to file a joint preliminary status report until 45 days after the court resolves defendant's above-mentioned motion to consolidate.

Defendant's Motion to Consolidate is hereby DENIED. The parties' Joint Motion to Stay Filing of Joint Preliminary Status Report is GRANTED in part and DENIED in part. The parties shall file a joint preliminary status report on or before December 7, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge