# In the United States Court of Federal Claims

**No. 04-33C**

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Thomas C. Wheeler**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

**s/Brian Bishop**
**Brian Bishop, Clerk of the Court**