No. 04-0033C
(Judge Wheeler)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# DEFENDANT'S MOTION FOR RECONSIDERATION OF THAT PORTION OF THE COURT'S AUGUST 24, 2005 ORDER DENYING DEFENDANT'S MOTION TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

January 19, 2006

Attorneys for Defendant

# TABLE OF CONTENTS

PAGE

BACKGROUND . . . . . 1

SUMMARY OF ARGUMENT . . . . . 3

DISCUSSION . . . . . 5

I. STANDARD FOR RECONSIDERATION . . . . . 5

II. THE COURT SHOULD RECONSIDER ISSUES RELATED TO THE NATURE OF PLAINTIFF'S PROPERTY INTEREST BASED UPON INTERVENING FEDERAL CIRCUIT PRECEDENT . . . . . 7

A. The Federal Circuit Has Held That The Determination Of The Nature Of A Property Interest Is A Matter Of Law Rather Than An Issue Of Fact . . . . . 7

B. The Federal Circuit Has Held That Statutes Generally May Not Form The Basis For A Protected Property Interest For Purposes Of A Takings Claim . . . . . 8

III. THE COURT SHOULD RECONSIDER WHETHER PLAINTIFF MAY PLEAD A TAKINGS CLAIM AS AN ALTERNATIVE TO A BREACH OF CONTRACT CLAIM . . . . . 11

IV. THE COURT SHOULD RECONSIDER THAT ASPECT OF PLAINTIFF'S TAKINGS CLAIM ASSOCIATED WITH THE SECRETARY OF ENERGY'S FEE COLLECTION PRACTICES . . . . . 14

CONCLUSION . . . . . 18

## TABLE OF AUTHORITIES

## CASES

CASES PAGE(s)

Adams v. United States,
391 F.3d 1212 (Fed. Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Allegre Villa v. United States,
60 Fed. Cl. 11 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 13

Atlas Corp. v. United States,
895 F.2d 745, cert. denied, 498 U.S. 811 (1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Canal Electric Co. v. United States,
65 Fed. Cl. 650 (2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Castle v. United States,
301 F.3d 1328 (Fed. Cir.2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Chui v. United States,
948 F.2d 711 (Fed. Cir. 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Cienega Gardens v. United States,
331 F.3d 1319 (Fed. Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Commonwealth Edison Co. v. United States,
56 Fed. Cl. 652 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 11

Consolidated Edison Co. of New York v. United States,
67 Fed. Cl. 285 (2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Exxon Corp. v. United States,
931 F.2d 874 (Fed. Cir. 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

Florida Power & Light Co. v. United States,
66 Fed. Cl. 93 (2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

General Electric Uranium Mgt. Corp. v. United States Department of Energy,
764 F.2d 896 (D.C. Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

# TABLE OF AUTHORITIES

CASES PAGE(s)

Hansen Bancorp Inc. v. United States,
367 F.3d 1297 (Fed. Cir. 2004) . . . . . . . . . . 20

Indiana Michigan Power Co. v. United States,
422 F.3d 1369 (Fed. Cir. 2005) . . . . . . . . . . 18

Jamesbury Corp. v. Litton Indus. Prod., Inc.,
839 F.2d 1544 (Fed. Cir. 1988) . . . . . . . . . . 6

Klamath Irrigation District v. United States,
67 Fed. Cl. 504 (2005) . . . . . . . . . . 13, 14

Members of the Peanut Quota Holders Association, Inc. v. United States,
421 F.3d 1323 (2005) . . . . . . . . . . 8, 9

Midwest Indep. Transmission Sys. Operator, Inc. v. Federal Energy Regulatory Comm'n,
388 F.3d 903 (D.C. Cir. 2004) . . . . . . . . . . 15

Prudential Ins. Co. of Am. v. United States,
801 F.2d 1295 (Fed. Cir. 1986) . . . . . . . . . . 12, 13

Southern Nuclear Operating Co. v. United States,
No. 98-614C, slip op. (Fed. Cl. Apr. 7, 2004) . . . . . . . . . . 10

Strickland v. United States,
423 F.3d 1335 (Fed. Cir. 2005) . . . . . . . . . . 7

Texas Health Choice v. Office of Personnel Mgmt,
400 F.2d 895 (Fed. Cir. 2005) . . . . . . . . . . 5

Texas State Bank v. United States,
423 F.3d 1370 (Fed. Cir. 2005) . . . . . . . . . . 7

United States Shoe Corp. v. United States,
296 F.3d 1378 (Fed. Cir. 2002) . . . . . . . . . . 16

United States v. Sperry Corp.,
493 U.S. 52 (1989) . . . . . . . . . . 16

## FEDERAL STATUTES AND REGULATIONS

10 C.F.R. § 961.11 . . . . . . . . . . 17

42 U.S.C. § 10222(a)(1) . . . . . . . . . . 9, 17

42 U.S.C. § 10222(a)(2) . . . . . . . . . . 17

42 U.S.C. § 10222(b)(2) . . . . . . . . . . 9

## MISCELLANEOUS

9 A. Corbin, Corbin on Contracts, § 946 (interim ed. 1979) . . . . . . . . . . 17

Restatement (Second) of Contracts § 236(1) (1981) . . . . . . . . . . 18