**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Plaintiff, | ) | |
| v. | ) | No. 04-0033C (Judge Wheeler) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff, Consolidated Edison Company of New York, Inc. ("Con Edison"), and Defendant, the United States of America, respectfully request that the Court grant an enlargement of two months, or fifty-nine (59) days, to and including April 28, 2006, within which the parties may submit a joint proposed schedule to the Court for compliance with the required steps of the Pretrial Order on Damages, along with any proposed modifications to the Pretrial Order on Damages that the parties believe would better fit the circumstances of this case. The parties' joint schedule is currently due on February 28, 2006. The Court has not previously granted the parties an enlargement of time regarding this matter.

Counsel for the Government has represented that Defendant would benefit from receiving Plaintiff's initial disclosures pursuant to Rule 26(a)(1) prior to filing a joint proposed schedule for the Pretrial Order on Damages. Plaintiff has agreed to transmit its proposed initial disclosures to the Government on April 12, 2006. Allowing the parties this extension of time

will produce a more informed joint proposed schedule for the Pretrial Order on Damages that will provide the Court with a better assessment of realistic dates going forward.

The parties respectfully request that the Court grant this request for a 59-day extension of time, to and including April 28, 2006, to file their proposed schedule to the Court for compliance with the required steps of the Pretrial Order on Damages.

Respectfully submitted,

s/_David A. Churchill______________
DAVID A. CHURCHILL
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200
Washington, D.C. 20005
(202) 639-6000 telephone
(202) 637-6370 facsimile

Of counsel:

Brent L. Brandenburg
Assistant General Counsel
Consolidated Edison Company
of New York, Inc.
4 Irving Place, Suite 1830
New York, NY 10003
(212) 460-4333

Daniel P. Stenger
Columbia Square
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
(202) 637-5600

Cynthia J. Robertson
Jenner & Block LLP
601 Thirteenth Street, NW
Washington, D.C. 20005
(202) 639-6000

COUNSEL FOR PLAINTIFF

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester________________
HAROLD D. LESTER, JR.
Assistant Director

s/_Joshua E. Gardner_______________
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 305-7583 telephone
(202) 307-2503 facsimile

Of counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

COUNSEL FOR DEFENDANT

Dated: February 14, 2006

CERTIFICATE OF FILING

I hereby certify that on February 14, 2006, a copy of the foregoing "Joint Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through this system.

s/ David A. Churchill

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Counsel of Record for*
*Consolidated Edison Company of New York, Inc.*