# In the United States Court of Federal Claims

No. 04-0033C

(Filed: February 15, 2006)

```
****************************************  *
                                          *
CONSOLIDATED EDISON COMPANY               *
OF NEW YORK, INC.,                        *
                                          *
                    Plaintiff,            *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
****************************************  *
```

**ORDER**

On February 14, 2006, counsel for the parties filed a Joint Motion for Enlargement of Time requesting a 59-day extension, until April 28, 2006, to submit a schedule for compliance with the Court's proposed Pretrial Order on Damages. The parties also requested the same 59-day extension to make any suggested modifications to the proposed Pretrial Order on Damages that they believe would better fit the circumstances of the case. The current due date for these actions is February 28, 2006. (See Scheduling Order, filed January 23, 2006).

The rationale for the Joint Motion is Defendant's assertion that it would benefit from receiving Plaintiff's initial disclosures under Rule 26(a)(1) prior to filing a joint proposed schedule for the Pretrial Order on Damages. (Joint Motion at 1). Plaintiff has represented that it will transmit its initial disclosures to Defendant on April 12, 2006. (Id.).

With due respect to the assertions of counsel, the proposed Pretrial Order on Damages is a relatively simple, four-paragraph document that has two dates to be filled in by the parties. The Court presumes that the parties are familiar enough with their respective cases

to review the proposed steps in the proposed Order, and to complete the requested tasks on or before the February 28, 2006 due date. For good cause shown, upon motion by one or both parties, the Pretrial Order on Damages may be refined at a later date as circumstances may warrant. Accordingly, the Joint Motion for Enlargement of Time is hereby DENIED.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge