**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., | ) | |
| Plaintiff, | ) | No. 04-0033C |
| v. | ) | (Judge Wheeler) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff Consolidated Edison ("Con Edison") hereby respectfully submits this status report concerning its efforts to achieve a supplemental protective order agreeable both to the government and to the various entities listed in Con Edison's draft supplemental protective order previously filed. While we had hoped that third party counsel would be amenable to the changes discussed at the discovery conference on August 28, 2006, the attached letter from counsel demonstrates that further discussions, and perhaps modifications of the terms of the draft, are required. Con Edison remains optimistic that a mutually acceptable draft may be agreed to in the near term. We will apprise the court of our status and progress by no later than close of business on Tuesday, September 5, 2006.

Dated: August 30, 2006

Respectfully submitted,

s/ David A. Churchill
DAVID A. CHURCHILL
Jenner & Block, LLC
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005
(202) 639-6000
(202) 639-6066 fax
COUNSEL FOR PLAINTIFF

Of Counsel:

Brent L. Brandenburg, Esq.
Assistant General Counsel
Consolidated Edison Company
of New York, Inc.
4 Irving Place, Suite 1830
New York, NY 10003
(212) 460-4333

Daniel F. Stenger, Esq.
Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5691

Cynthia J. Robertson, Esq.
Jenner & Block, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

CERTIFICATE OF FILING

I hereby certify that on August 30, 2006, a copy of the foregoing "Plaintiff's Status Report" was filed electronically. I also certify that understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through this system.

s/ David A. Churchill

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Counsel of Record for*
*Consolidated Edison Company of New York, Inc.*