# In the United States Court of Federal Claims

No. 04-0033C

(Filed: August 23, 2006)

| | |
|---|---|
| ****************************************** | * |
| | * |
| CONSOLIDATED EDISON COMPANY of NEW YORK, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

This Order will confirm previous oral notice to counsel for the parties that the Court will conduct a transcribed conference to address discovery issues in this case on Monday, August 28, 2006 at 9:30 AM at the National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel of record for the parties should plan to attend.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge