# In the United States Court of Federal Claims

No. 04-0033C

(Filed: August 31, 2006)

| | |
|---|---|
| *************************************** | * |
| | * |
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

**ORDER**

With reference to the pending discovery issue regarding an appropriate protective order for third-party information, counsel for the parties and any interested third-party counsel are directed to appear for a hearing at the Court on Friday, September 1, 2006 at 4:00 PM. If this discovery issue is resolved by all counsel prior to the hearing, counsel should submit an agreed protective order by facsimile to chambers in advance, in which case the hearing will be cancelled.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge