**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Plaintiff, | |
| v. | No. 04-0033C (Judge Wheeler) |
| UNITED STATES OF AMERICA, Defendant. | |

**UNOPPOSED MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER AND SUPPLEMENTAL PROTECTIVE ORDER**

Pursuant to the discovery conference held before the Court on August 28, 2006, Plaintiff, Consolidated Edison Company of New York, Inc. ("Con Edison"), respectfully submits this unopposed motion for entry of an Amended Protective Order and a separate Supplemental Protective Order. During the August 28, 2006 discovery conference, Plaintiff and the Government agreed to modify the existing protective order to reflect what both parties intended, that the order permits sharing of documents produced in this case among other spent nuclear fuel ("SNF") cases pending in this Court. The attached Amended Agreement and Protective Order reflects these changes.

Separately, pursuant to RCFC 7, and the existing Agreement and Protective Order ("Protective Order") ¶¶ 6 and 7 in this case,[1] Con Edison seeks entry of a Supplemental Protective Order to gain access to third party documents critical to its case. The documents relate to valuation models, model output, and asset and transactional assessment documents, used

1 Attached as Exhibit A to Con Edison's August 16, 2006 Motion.

and generated by various nuclear utilities in connection with the possible purchase of nuclear power plants. Con Edison seeks these documents to prove that the Department of Energy's ("DOE's") failure to dispose of spent nuclear fuel ("SNF") depressed the marketplace for nuclear power plants, and required excess post-retirement decommissioning funding, which in turn dramatically affected the value of Con Edison's Indian Point 1 and 2 nuclear units when they were sold shortly after DOE's breach. Plaintiff also needs these documents because of the Government's stated intention to use them and other documents produced in any of the SNF cases in an effort to rebut Con Edison's case at trial.

Following the Court's August 28 discovery conference, Con Edison agreed to simplify its proposed Supplemental Protective Order. The revision, now agreed to by Plaintiff, Defendant and the affected companies set forth in the Supplemental Protective Order, is attached to this motion. The purpose of the Supplemental Protective Order is further to restrict dissemination of certain third-party Confidential Material to employees of Consolidated Edison.

Dated: August 31, 2006

Respectfully submitted,

s/ David A. Churchill
DAVID A. CHURCHILL
Jenner & Block, LLC
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005
(202) 639-6000
(202) 639-6066 fax
COUNSEL FOR PLAINTIFF

Of Counsel:

Brent L. Brandenburg, Esq.
Assistant General Counsel
Consolidated Edison Company
of New York, Inc.
4 Irving Place, Suite 1830
New York, NY 10003
(212) 460-4333

Daniel F. Stenger, Esq.
Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5691

Cynthia J. Robertson, Esq.
Jenner & Block, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

CERTIFICATE OF FILING

I hereby certify that on August 31, 2006, a copy of the foregoing "Unopposed Motion For Entry of an Amended Protective Order and Supplemental Protective Order" was filed electronically. I also certify that understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through this system.

s/ David A. Churchill

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Counsel of Record for*
*Consolidated Edison Company of New York, Inc.*