**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, | ) | |
| Plaintiff, | ) | No. 04-0033C |
| v. | ) | (Judge Wheeler) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**SUPPLEMENTAL AGREEMENT AND PROTECTIVE ORDER**

Pursuant to Paragraph 7 of the May 18, 2004 Agreement and Protective Order, and any amendments thereto, which authorizes plaintiffs, the United States, or third parties, to seek "additional protection with respect to the confidentiality of documents or other discovery material" beyond the terms of that original agreement, it is hereby agreed between Consolidated Edison Company of New York, Inc. ("Con Edison") and Entergy Nuclear Generation Company, Entergy Nuclear Operations, Inc., Entergy Nuclear Indian Point 2, LLC, Entergy Nuclear Indian Point 3, LLC, Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Vermont Yankee (collectively "Entergy"), Power Authority of New York, ("Power Authority"), Vermont Yankee Nuclear Power Corporation ("Vermont Yankee"), PSEG Nuclear LLC, Public Service Electric and Gas Company (collectively "PSEG"), and Florida Power & Light Company ("FPLC"), and the United States of America (the "Government"), collectively referred to herein as "the parties," and ordered by the Court:

To the extent that Confidential Material is received by Con Edison, Con Edison shall disclose that material only to attorneys for parties when such attorneys are not involved in the acquisition or divestiture of electric power plants, attorneys for the United States, persons regularly employed in such attorneys' offices, or, subject to the provisions of Paragraph 5 of the Amended Agreement and Protective Order, other persons who are necessary to the litigation of this action, such as outside consultants and experts retained for purposes of this action. Any Con Edison in-house attorney or other employee who seeks access to Confidential Material shall submit an application for approval by the parties whose data are sought to be disclosed. Each such party shall have five (5) days to object to the application.

ORDERED:

______________________________
Judge Thomas C. Wheeler

Dated: ____________________