# In the United States Court of Federal Claims

No. 04-033C

(Filed: January 31, 2007)

| | |
|---|---|
| ************************************ | * |
| | * |
| CONSOLIDATED EDISON COMPANY OF NEW YORK, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | * |

**ORDER**

The Court will hold a hearing in this case on Thursday, February 8, 2007 at 2:00 PM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

The undersigned has reviewed Plaintiff's January 19, 2007 Motion for Enlargement of Time, and Defendant's January 29, 2007 Response. The Court is unlikely to adopt an "events based" schedule proposed by Plaintiff, or to approve of sequential five-month and six-month time extensions respectively as requested by the parties. Counsel should confer in advance and be prepared at the hearing to address ways of expediting the completion of discovery, including discovery of third parties. If desired, the parties may submit a proposed expedited schedule in advance of the hearing.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge