# In the United States Court of Federal Claims

No. 04-033C

(Filed: February 16, 2007)

```
*************************************  *
                                       *
CONSOLIDATED EDISON COMPANY            *
OF NEW YORK,                           *
                                       *
                  Plaintiff,           *
                                       *
 v.                                    *
                                       *
THE UNITED STATES,                     *
                                       *
                  Defendant.           *
                                       *
*************************************  *
```

**ORDER**

Following Plaintiff's filing of a motion to extend the deadlines for the exchange of expert reports and the completion of discovery, and Defendant's filing of an opposition thereto, the Court invited the parties to submit an agreed schedule that was not as lengthy as either party had proposed. The Court had set the motion for hearing today if the parties could not agree. The parties jointly submitted a proposed schedule on February 15, 2007 which the Court finds acceptable, and the Court therefore cancelled today's hearing. The revised schedule approved by the parties and the Court is as follows:

1. Plaintiff's expert reports shall be due on or before August 2, 2007, and Defendant's expert reports shall be due on or before December 3, 2007 (an allowance of five additional months beyond the current schedule).

2. To facilitate Defendant's stated need to review Plaintiff's documents as well as any documents Plaintiff may have received via third party subpoena in advance of the receipt of Plaintiff's expert reports, Plaintiff agrees to produce all responsive, non-privileged valuation documents that it has in its possession on or before April 6, 2007, and the remainder of any additional documents on or before May 4, 2007.

3. All discovery shall be completed on or before February 29, 2008 (an allowance of six additional months beyond the current schedule).

The parties are requested henceforth to notify the Court promptly of any significant discovery issues that potentially would cause delay to the above schedule. The Court will not likely consider further enlargements without a showing of exceptional circumstances.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge