IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-0033C<br>(Judge Wheeler) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court enlarge the time within which defendant must respond to plaintiff's two motions to compel, both of which were filed on March 16, 2007, by four days, to and including April 6, 2007. The Government's responses are due to be filed on April 2, 2007. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff, David Churchill, has represented that plaintiff does not oppose this motion.

Counsel for defendant and other attorneys assigned to the spent nuclear fuel litigation have recently been required to devote extraordinary resources in responding to a trial court order compelling the production of extremely broad categories of documents in one of the SNF cases, Dairyland Power Cooperative v. United States, No. 04-106C (Damich, C.J.). In response to two agencies' searches for documents responsive to those broad production requests, we have been provided with more than 50,000 documents that we are obligated to review for responsiveness and for privilege, process, and produce in an extremely expedited manner, with our production obligations currently due to be completed by March 23, 2007. The resources that we have been required to devote to this full-time effort, coupled with continuing discovery obligations in other

SNF cases, have precluded us from devoting the time necessary to complete our response to plaintiff's motion to compel.

In addition, counsel for the defendant has been preparing for the continuation of the trial in System Fuels, Inc. v. United States, No. 03-2623C (Lettow, J.), as well as the completion of discovery in Boston Edison Co. v. United States, No. 99-447C (Lettow, J.). Counsel for defendant also has been preparing a response to the Court's show cause order in Delmarva Power & Light Co. v. United States, No. 03-0034 (Miller, J.), which is due to be filed on April 6, 2007. Finally, counsel for the defendant has devoted significant resources to completing the appellate brief in Yankee Atomic Electric Co. v. United States, Nos. 07-5025, -5031 (Fed. Cir.), which is due to be filed on April 5, 2007. To allow counsel for defendant to develop an appropriate response to plaintiff's motion to compel, we respectfully request that the Court grant us an enlargement of time of four days to file our response.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

April 2, 2007

## CERTIFICATE OF FILING

I hereby certify that on this 2nd day of April, 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner