IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-------------------------------------x

SYSTEM FUELS, INC., and ENTERGY :

ARKANSAS, INC., :

Plaintiffs, :NO. 03-2623C

vs. :

THE UNITED STATES, :

Defendant. :

-------------------------------------x

Courtroom 6

National Courts Building

717 Madison Place NW

Washington, D.C.

Thursday, March 1, 2007

VOLUME 12

The parties met, pursuant to the notice of the Judge at 9:31 a.m.

BEFORE THE HONORABLE CHARLES LETTOW

THE COURT: Well, you may protect the record by a proffer, but do it now, please.

MR. DAMELIN: That is the proffer, Your Honor, that I have as to why the questions regarding, questions about but-for world cask loading that Mr. Metcalfe has been involved with in other cases is a proper topic for cross-examination, particularly given the redirect examination questions that Mr. Tomaszczuk asked of Mr. Metcalfe as to why an offset was not taken in this case.

It goes to the very base of the reasoning for that decision, not to include an offset.

THE COURT: Mr. Tomaszczuk.

MR. TOMASZCZUK: Well, I did ask him, and my question was directed specifically to his work in this case, and I believe that that's all before the Court. I don't know what relevance Mr. Metcalfe's work in other cases has to the issues before the Court in this case. If they want to ask him about what he --

THE COURT: Mr. Damelin, we spent a long time with this trial, a very long time,

and we're going to spend a lot longer, and the Court has tried to at least keep it within some bounds, and this is part of the problem. The Court should not allow this question, but I'm going to allow you several questions to Mr. Metcalfe, just to do what you want with the record, even though the Court thinks this is irrelevant. But we are going to stick to four days in April.

MR. DAMELIN: I understand, Your Honor. I just have a few questions.

BY MR. DAMELIN:

Q. Mr. Metcalfe, in the Southern Nuclear case, in fact you were involved in preparing estimates of cask loading, of but-for world cask loading, correct?

A. As we spoke about it, or I spoke about it extensively in cross-examination, yes.

Q. And certain assumptions were made about a DOE cask in the but-for world loading estimates that were developed in that case?

A. Again, with Southern Nuclear's, but one of several cases prior to the ruling of past damages only, and as I testified yesterday, in cases of future damages where