IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-0033C (Judge Wheeler) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court enlarge the time within which defendant must respond to plaintiff's two motions to compel, both of which were filed on March 16, 2007, by one business day, to and including April 9, 2007. The Government's responses are due to be filed on April 6, 2007. The Court previously granted the Government an enlargement of time of four days for this purpose. We left a voicemail message for counsel for plaintiff, David Churchill, regarding this motion, but have not yet been informed of plaintiff's position on this motion.

We had anticipated that we would be able to respond to the motions to compel today. However, a complication arose with a significant filing yesterday – our initial appellate brief in Yankee Atomic Electric Co. v. United States, Nos. 07-5025, -5031 (Fed. Cir.) – that caused us to seek an additional day for its filing, and we have had to devote significant time today attempting to correct it. In addition, the Court imposed a deadline of today for us to complete our production of documents responsive to the plaintiff's broad document production requests in Dairyland Power Cooperative v. United States, No. 04-106C (Damich, C.J.), in response to which two agencies provided us with more than 50,000 potentially responsive documents, all of which we have had to review for responsiveness and privilege. The time demands that this work

created delayed our ability to address the plaintiff's motions to compel here. Nevertheless, with an enlargement of one additional day, we should be able fully to address those motions.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

April 6, 2007

CERTIFICATE OF FILING

I hereby certify that on this 6th day of April, 2007, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.