# In the United States Court of Federal Claims

**04-33C**

**Filed: May 8, 2007**

**CONSOLIDATED EDISON CO.
OF NEW YORK, INC.**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 volume)
Held in Washington, D.C.
May 7, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.