IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,
Plaintiff,

v.

UNITED STATES OF AMERICA,
Defendant.

No. 04-0033C
(Judge Wheeler)

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S STATUS REPORT AND ACCOMPANYING DRAFT OF PROPOSED CONSENT ORDER

Defendant, the United States, respectfully requests that the Court enter an order permitting the Government leave to file a response, on or before Thursday, May 31, 2007, to plaintiff's May 21, 2007 status report and accompanying draft of proposed consent order in this case ("status report and draft"). Counsel for plaintiff has indicated that plaintiff does not oppose this motion.

The Government makes this request for three reasons. First, it appears that plaintiff did not fully reflect in its pleading the parties' disagreements, in particular regarding paragraph 13 of the proposed consent order. Further, plaintiff, in its status report, has not fully characterized the Government's position on the disagreements throughout the proposed order. Finally, counsel of record for the Government, Joshua Gardner, who chiefly negotiated with plaintiff on behalf of the Government regarding the proposed order, is currently out of the country and will not return to the office until Monday, May 28, 2007. An order permitting the Government until May 31, 2007, to respond to plaintiff's status report and draft will permit us sufficient time to review plaintiff's pleading and appropriately respond.

For the reasons stated above, the Government requests the Court to enter an order permitting us leave to file a response to plaintiff's status report and draft on or before May 31, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner by s/ Alan J. Lo Re
JOSHUA E. GARDNER
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

May 25, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 25th day of May, 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S STATUS REPORT AND ACCOMPANYING DRAFT OF PROPOSED CONSENT ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Alan J. Lo Re