# In the United States Court of Federal Claims

No. 04-033C
(Filed: June 22, 2007)

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, Plaintiff, | * | |
| v. | * | No. 04-033C |
| THE UNITED STATES, Defendant. | * | |

## ORDER

Before the Court is Plaintiff's June 13, 2007 application for access to sealed materials under the Protective Order issued in Boston Edison Company of New York, Inc. et al. v. United States, Fed. Cl. Nos. 99-447C & 03-2626C (consolidated), another spent nuclear fuel case currently before the Court of Federal Claims. Plaintiff, Consolidated Edison Company of New York, seeks inclusion under the Boston Edison protective order because Entergy Nuclear Generation Company ("Entergy"), a party in that suit, apparently has objected to the production of any sealed materials to Plaintiff from the Boston Edison case.

Plaintiff's application for access to sealed materials under the Boston Edison Protective Order is unnecessary and therefore is DENIED. Entergy's sealed materials from the Boston Edison case will be adequately protected by the Consent Protective Order issued in this case. Entergy's objection in this regard is without merit, and Energy is directed to produce responsive documents to Plaintiff in accordance with the Court's June 6, 2007 Order (Exhibit "A" to Plaintiff's application).

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge