**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-0033C (Judge Wheeler)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME OF DISCOVERY DEADLINES**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff, Consolidated Edison Company of New York, Inc. ("Con Edison") and Defendant, the United States, respectfully request that the Court grant a six-month enlargement of time for Plaintiff's expert report and for the close of discovery, and a six-month plus 3-week enlargement of time for Defendant's expert reports, all of which were established by the Court's January 23, 2006 Scheduling Order, as revised by the Court on February 16, 2007. Con Edison's expert reports are currently due on August 2, 2007, the Government's expert reports are due on December 3, 2007, and the close of discovery is scheduled for February 29, 2008. If the Court grants this Motion, Con Edison's expert reports would be due on February 4, 2008, the Government's expert reports would be due on June 23, 2008, and discovery would close on August 29, 2008.

On May 7, 2007, this Court heard argument from Con Edison, the Government, Entergy, and FP&L regarding Plaintiff's Motion to Compel the Government to Produce Documents Obtained in Related SNF Case Discovery and Plaintiff's Motion to Compel

Documents from Entergy and FP&L. In both of these motions, Con Edison sought, *inter alia*, valuation and transactional documents related to nuclear and fossil fuel acquisitions that Con Edison had requested in subpoenas issued to both Entergy and FP&L on December 21, 2006. The Court found that Con Edison has "the right to seek this material either from the government or from the third party company that received the subpoena," and instructed the parties to draft a Consent Order. May 7, 2007 Hearing Transcript, at 53-55.

On May 21, 2007, Con Edison filed a draft of the Consent Order, along with a Status Report outlining the issues that the parties had been unable to resolve without the assistance of the Court. Pl.'s Status Report and Accompanying Draft of Proposed Consent Order, dated May 21, 2007. One of the unresolved issues included the deadlines for Entergy and FP&L to produce documents related to nuclear and fossil fuel acquisitions. *Id.* at 2. In light of Con Edison's upcoming August 2, 2007 deadline for filing its expert report, Con Edison proposed a 30-day deadline for Entergy and FP&L to produce documents pertaining to their nuclear facility acquisitions and a 45-day deadline for documents pertaining to their fossil fuel facility acquisitions. *Id.*

Entergy and FP&L counter-proposed a 60-day deadline for the production of nuclear facility acquisition documents and a 90-day deadline for the production of fossil fuel facility acquisition documents. *Id.* at 3. In its Status Report, Con Edison informed the Court that allowing Entergy and FP&L a 90-day deadline for the production of fossil fuel materials would make it impossible for Con Edison to file its expert reports by August 2, 2007, since those documents are essential to the preparation of its expert reports. *Id.*

On June 6, 2007, this Court entered a Consent Order adopting Entergy and FP&L's proposed 60-day deadline for the production of documents related to nuclear facilities and 90-day deadline for the production of documents related to fossil fuel facilities, making nuclear facility documents due on August 6, 2007 and fossil fuel facility documents due on September 4, 2007 -- over a month after Con Edison's expert reports are currently due.

During the May 7, 2007 hearing, Con Edison informed the Court that, in addition to serving subpoenas on Entergy and FP&L, Con Edison had also issued similar subpoenas upon other companies engaged in nuclear plant acquisitions, including Constellation Entergy Group, Dominion Resources, Inc., AmerGen Energy Company, and Duke Energy Corporation. May 7, 2007 Hearing Transcript, at 12. Pursuant to the Court's direction, Con Edison has been engaged in discussions with these other third-party subpoena recipients aimed at reaching expeditious agreements as to each company's production of responsive documents. Each company has unique concerns regarding the scope of its production and whether the revised Supplemental Protective Order adequately protects that company's confidential materials. This has made the negotiations complex and time-consuming, but these discussions are continuing and are not expected to extend the discovery process beyond the dates sought in this Motion.

In light of the Entergy's and FP&L's production deadlines for nuclear and fossil fuel facility acquisition documents and the somewhat protracted efforts required in reaching agreements for the production of similar documents with other third-party subpoena recipients, Con Edison respectfully requests that this Court extend Plaintiff's deadline for its expert report and the close of discovery by six months, making Con

Edison's expert reports due on February 4, 2008, and allowing parties until August 29, 2008 to complete discovery. Because the Government has a closing argument scheduled for another SNF case in mid-June, it has requested an additional three weeks beyond the six-month extension for its expert reports, which if the proposed extension were granted, would be due on June 23, 2008.

For the foregoing reasons, Con Edison and the United States respectfully request that the Court grant this motion for enlargement of time.

Dated: July 24, 2007

Respectfully submitted,

s/ David A. Churchill
David A. Churchill
Jenner & Block, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Counsel of Record for*
*Consolidated Edison Company of New York, Inc.*

Of Counsel:

Brent L. Brandenburg, Esq.
Assistant General Counsel
Consolidated Edison Company of New York, Inc.
4 Irving Place, Suite 1830
New York, NY 10003
(212) 460-4333

Cynthia J. Robertson
Jenner & Block, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Attorneys for Plaintiff*

Peter D. Keisler
Assistant Attorney General

Jeanne E. Davidson
Acting Director

s/ Harold D. Lester, Jr.
Harold D. Lester, Jr.
Assistant Director

s/ Joshua E. Gardner
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classftn Unit, 8th Floor
Washington, DC 20530
(202) 305-7583

Of Counsel:

Jane K. Taylor
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., SW
Washington, DC 20585

*Attorneys for Defendant*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 04-0033C** |
| **v.** | ) | **(Judge Wheeler)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

[PROPOSED] ORDER

THIS MATTER having come before this Court on the Joint Motion of Enlargement of Time of Discovery Deadlines, and the Court having reviewed the submissions of counsel and the record:

IT IS HEREBY ORDERED, that the Joint Motion for Enlargement of Time of Discovery Deadlines is GRANTED and the Court hereby amends the revised February 16, 2007 scheduling order as follows:

1. The plaintiff shall furnish copies of its expert reports to the defendant by February 4, 2008.

2. The defendant shall furnish copies of its expert reports to the plaintiff by June 23, 2008.

3. Discovery shall close on August 29, 2008.

IT IS SO ORDERED.

______________________________
THOMAS C. WHEELER
Judge

CERTIFICATE OF FILING

I hereby certify that on July 24, 2007, a copy of the foregoing "Joint Motion for Enlargement of Time" was filed electronically. I also certify that I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through this system.

s/ David A. Churchill

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Counsel of Record for*
*Consolidated Edison Company of New York, Inc.*