# In the United States Court of Federal Claims

No. 04-033C

(Filed: July 27, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| CONSOLIDATED EDISON COMPANY | * |
| OF NEW YORK, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | |

**ORDER**

Counsel for the parties have filed a joint motion for an enlargement of the discovery deadlines in this case by six months. Currently, Plaintiff's expert reports are due on August 2, 2007, Defendant's expert reports are due on December 3, 2007, and discovery is to be completed by February 29, 2008. This current schedule already is the product of a six-month enlargement of time, allowed by the Court in a February 16, 2007 Order. The new revised schedule proposed by counsel would have Plaintiff's expert reports due on February 4, 2008, Defendant's expert reports due on June 23, 2008, and discovery completed by August 29, 2008.

Plaintiff states as justification for the enlargement that its efforts to conduct third-party discovery have been hampered by a variety of objections from those parties relating to issues of scope and confidentiality. Defendant also has raised its own discovery concerns. With regard to third parties Entergy and Florida Power & Light, the Court heard some of these issues in open Court on May 7, 2007, and entered a Consent Order on June 6, 2007 adopting 60-day and 90-day deadlines for the production of documents relating to nuclear and fossil fuel facilities respectively. Plaintiff's third-party discovery, however, extends to other entities, such as Constellation Entergy Group, Dominion Resources, Inc., AmerGen Energy Company, and Duke Energy Corporation. (Motion at 3). Plaintiff states that "complex and time-consuming" negotiations are in process with these entities. Id.

The Court generally has endorsed the propriety of Plaintiff's third-party discovery and recognizes that the difficulties encountered perhaps have been unavoidable given the asserted sensitivity of the information sought. However, this third-party discovery must be brought to a close within the foreseeable future. With the granting of the present motion, the Court will have been more than reasonable in allowing additional time to Plaintiff. In the February 16, 2007 Order, the Court invited the parties "to notify the Court promptly of any significant discovery issues that potentially would cause delay" (Order at 2), and it reiterates that invitation here. The Court will not extend the discovery schedule any further beyond the dates set forth below.

Accordingly, for good cause shown, the joint motion for enlargement of the discovery schedule is GRANTED, and the amended schedule is as follows:

1. Plaintiff's expert reports shall be due on or before February 4, 2008;

2. Defendant's expert reports shall be due on or before June 23, 2008; and

3. All discovery shall be completed by August 29, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge