**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**

**No. 04-0033C**
**(Judge Wheeler)**

**PLAINTIFF'S MOTION FOR ENTRY OF**
**REVISED SUPPLEMENTAL PROTECTIVE ORDER**

Pursuant to Rule 7 of the Court of Federal Claims, the Agreement and Protective Order ¶¶ 6 and 7 ("Protective Order") entered in this case, and this Court's June 6, 2007 Consent Order, Con Edison respectfully requests the entry of a revised Supplemental Agreement and Protective Order ("Supplemental Protective Order"). The original Supplemental Protective Order was entered by the Court on August 31, 2006. The proposed revisions include additional names of the third parties who have agreed to the terms of the Supplemental Protective Order as well as revisions to the second paragraph of the Supplemental Protective Order as directed by the Court's June 6, 2007 Consent Order.

In December 2006 and January 2007, Con Edison issued subpoenas to Entergy Corporation ("Entergy"), Florida Power & Light Company ("FP&L"), AmerGen Energy Company ("AmerGen"), Constellation Energy Group ("Constellation"), Dominion Resources, Inc. ("Dominion"), and Duke Energy Corporation ("Duke"), requesting valuation and transaction materials related to Indian Point and other comparable nuclear

or fossil fuel facilities acquired by these companies. Some parties objected to the production of requested documents due to concerns regarding the proprietary nature of these documents. On March 16, 2007, Con Edison moved to compel Entergy and FP&L to produce these subpoenaed documents. On May 7, 2007, this Court heard argument from Con Edison, the Government, Entergy, and FP&L. The Court found that the documents requested by Con Edison were relevant and that Con Edison had a "right to seek these materials." Ex. A (May 7, 2007 Transcript, at 54:17-20). The Court instructed the parties to work together to reach an agreement as to the scope of documents Entergy and FP&L would produce. During the course of these discussions with the Government, Entergy, and FP&L, the parties agreed to revise the second paragraph of the Supplemental Protective Order to include a provision requiring Con Edison to submit an application to the third party company prior to showing any outside consultant, expert or in-house attorney any of that party's confidential materials. On May 21, 2007, Con Edison submitted a nearly-complete Consent Order to this Court. Then, this Court entered a revised version of the Consent Order on June 6, 2007, which included the change to the second paragraph of the Supplemental Protective Order.

In light of the Court's May 7, 2007 hearing and June 6, 2007 entry of the Consent Order, Con Edison invited AmerGen, Constellation, Dominion, and Duke to sign on to the Supplemental Protective Order. Some of the third parties raised individual concerns that needed to be fully addressed before complete agreement could be reached. Con Edison persistently and diligently worked with these parties and reached a compromise to address each company's specific concerns. In July 2007, both AmerGen and Constellation agreed to become parties to the Supplemental Protective Order. Exs. B & C. On August 8, 2007, Duke agreed to become a party as well. Ex. D. Finally on

August 17, 2007, Dominion agreed to become a party to the Supplemental Protective Order.[1] Ex. E.

Con Edison respectfully requests that this Court enter the revised Supplemental Protective Order, attached hereto, so AmerGen, Constellation, Dominion, and Duke may begin producing the subpoenaed valuation and transactional materials that are critical to Con Edison's case.

Dated: August 24, 2007

Respectfully submitted,

s/ David A. Churchill
DAVID A. CHURCHILL
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
(202) 639-6056
(202) 639-6066 (fax)
COUNSEL FOR PLAINTIFF

Of Counsel:

Brent L. Brandenburg, Esq.
Assistant General Counsel
Consolidated Edison Company
of New York, Inc.
4 Irving Place, Suite 1830
New York, NY 10003
(212) 460-4333

Cynthia J. Robertson, Esq.
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
(202) 639-6000

[1] Because Con Edison's subpoena to Entergy requested materials related to *Boston Edison Company v. United States*, Nos. 99-447C, 03-2626C (Fed. Cl.), Boston Edison Company has also agreed to become a party to the Supplemental Protective Order. Ex. F.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **No. 04-0033C (Judge Wheeler)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

[Proposed] SUPPLEMENTAL AGREEMENT AND PROTECTIVE ORDER

Pursuant to Paragraph 7 of the May 18, 2004 Agreement and Protective Order, and any amendments thereto, which authorizes plaintiffs, the United States, or third parties, to seek "additional protection with respect to the confidentiality of documents or other discovery material" beyond the terms of that original agreement, it is hereby agreed between Consolidated Edison Company of New York, Inc. ("Con Edison") and Entergy Nuclear Generation Company, Entergy Nuclear Operations, Inc., Entergy Nuclear Indian Point 2, LLC, Entergy Nuclear Indian Point 3, LLC, Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Vermont Yankee (collectively "Entergy"), Power Authority of New York, ("Power Authority"), Vermont Yankee Nuclear Power Corporation ("Vermont Yankee"), PSEG Nuclear LLC, Public Service Electric and Gas Company (collectively "PSEG"), Florida Power & Light Company ("FPLC"), Boston Edison Company ("Boston Edison"), Constellation Energy Group ("Constellation"), AmerGen Energy Company ("AmerGen"), Dominion Resources, Inc. ("Dominion"), Duke Energy Corporation ("Duke") and the United States of America (the "Government"), collectively referred to herein as "the parties," and ordered by the Court:

To the extent that Confidential Material, as defined in the original Protective Order entered in this case, is received by Con Edison, Con Edison shall disclose that material only to attorneys for parties when such attorneys are not involved in the acquisition or divestiture of electric power plants, attorneys for the United States, or persons regularly employed in such attorneys' offices. Any Con Edison in-house attorney or other employee or other person who is necessary to the litigation of this action, such as outside consultants and experts retained for the purposes of this action, who seeks access to Confidential Material shall submit an application for approval by the parties whose data are sought to be disclosed. Each such party shall have five (5) days to object to the application.

ORDERED:

Dated:__________________________ ____________________________________

Judge Thomas C. Wheeler

CERTIFICATE OF FILING

I hereby certify that on August 24, 2007, a copy of the foregoing "Plaintiff's Motion for Entry of Revised Supplemental Protective Order" was filed electronically. I also certify that I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through this system.

s/ David A. Churchill

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Counsel of Record for*
*Consolidated Edison Company of New York, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2007, a copy of the foregoing "Plaintiff's Motion for Entry of Revised Supplemental Protective Order" was served via electronic mail and first-class mail, postage pre-paid, upon:

Alexander D. Tomaszczuk
alex.tomaszczuk@pillsburylaw.com
Daniel S. Herzfeld
daniel.herzfeld@pillsburylaw.com
Pillsbury Winthrop, Shaw, Pittman LLP
1650 Tysons Boulevard
McLean, VA 22102-4859

Richard J. Conway
conwayr@dicksteinshapiro.com
Bradley D. Wine
wineb@dicksteinshapiro.com
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006

Brad Fagg
bfagg@morganlewis.com
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

J. William Boland
wboland@mcguirewoods.com
Brian E. Pumphrey
bpumphrey@mcguirewoods.com
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

s/ David A. Churchill

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Counsel of Record for Consolidated Edison Company of New York, Inc.*