IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.
Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 04-0033C
(Judge Wheeler)

JOINT MOTION FOR AN ORDER
REGARDING DISCOVERY OF DRAFT EXPERT REPORTS

Plaintiff, Consolidated Edison Company of New York, and defendant, the United States, respectfully request that the Court enter an order, based upon the joint stipulation of the parties, that no party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case. The parties agree that, for the benefit of both parties, they would like the Court to enter an order that eliminates the need for either party to produce drafts of their respective experts' final written reports. A proposed order, containing language upon which both parties agree, is attached to this motion.

Respectfully submitted,

s/ David A. Churchill
DAVID A. CHURCHILL
Jenner & Block
601 Thirteenth Street, N.W.
Washington, D.C. 20005
Tele: (202) 639-6056
Fax: (202) 637-6370

Counsel for Plaintiff
Consolidated Edison Company of New York

JEFFREY S. BUCHOLTZ
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-305-7583
Fax: 202-307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

December 12, 2007

CERTIFICATE OF FILING

I hereby certify that on this 12th day of December, 2007, a copy of foregoing "JOINT MOTION FOR AN ORDER REGARDING DISCOVERY OF DRAFT EXPERT REPORTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner