IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br>Plaintiff, | ) | |
| v. | ) | No. 04-0033C<br>(Judge Wheeler) |
| UNITED STATES OF AMERICA,<br>Defendant. | ) | |

ORDER

No party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case.

Thomas C. Wheeler
Judge