**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-0033C (Judge Wheeler) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff, Consolidated Edison Company of New York, Inc. ("Con Edison") respectfully requests that the Court grant an enlargement of seven (7) days, to and including February 11, 2008, within which the Plaintiff may furnish copies of its expert reports to the Defendant. Plaintiff's expert reports are currently due on February 4, 2008. The Court has previously granted the parties two six-month enlargements of time regarding all discovery deadlines, of which expert reports are a part. Counsel for the Government, Joshua Gardner, has represented that Defendant does not have a position regarding the requested extension.

Central to Con Edison's motion is the fact that it has learned new information during an ongoing deposition scheduled from January 29 through 31, 2008 that will affect up to four of the five expert reports that are currently due to the Defendant on February 4, 2008. Through no fault of its own, Con Edison was required to take this deposition on the eve of its expert report deadline. Allowing an extra week for Con Edison's experts to address this new information will permit a more efficient transmission of expert reports; otherwise, Con Edison will be forced to

submit incomplete and potentially inaccurate expert reports on February 4, 2008 that would then need to be supplemented at a later date.

Con Edison scheduled its current deposition of Entergy employees as soon as it was able. Throughout much of 2007, Con Edison engaged in complex and time-consuming discovery negotiations with third-party utilities, including Entergy, the utility that purchased Con Edison's former nuclear power plant, Indian Point Units 1 and 2 (collectively "Indian Point"). Con Edison sought to obtain documents from Entergy and other utility companies that reflected their valuations of Indian Point. These documents are relevant to Con Edison's claim that the sale price of Indian Point was reduced due to the Department of Energy's breach of its contractual obligation to begin disposal of spent nuclear fuel in January 1998.

Con Edison ultimately required the Court's assistance to obtain these critical documents. Following a May 7, 2007 Motion to Compel hearing and entry of a June 6, 2007 Consent Order, Con Edison finally began to receive the valuation documents essential to its experts' analyses. Entergy supplied the bulk of its documents to Con Edison on August 6, 2007, while other third party utilities provided their documents on a rolling basis, from late August 2007 through mid-January 2008. Dominion Resources, Inc., one such third party utility, has only this week made available several valuation models and other documents that are critical to Con Edison's expert review.

Following an extensive review of these third party documents by Con Edison's experts, Con Edison realized that there were noticeable gaps pertaining to Entergy's production, as well as other third party utilities. On November 28, 2007, Con Edison requested Entergy to renew its search for such documents. See Attachment A. On January 8, 2008, Con Edison received a small number of additionally responsive documents from Entergy. Upon review, it was clear

that a deposition of Entergy employees was the only possible way to obtain information that Con Edison had believed, up to this point, would be evident from the documents alone. On January 10, 2008, Con Edison filed a 30(b)(6) notice of deposition with Entergy. See Attachment B. Due to schedule constraints of the Entergy employees, that deposition could not occur until January 29, 30, and 31, 2008. The information gleaned during the first day of deposing Entergy's witnesses has cast new light on the Entergy valuation documents provided to Con Edison's experts and must be accounted for within four of Con Edison's expert reports.

For these reasons, Plaintiff respectfully requests that the Court grant this request for a seven-day extension of time, to and including February 11, 2008 to furnish copies of its expert reports to Defendant.

Dated: January 30, 2008

Respectfully submitted,

s/ David A. Churchill

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Counsel of Record for*
*Consolidated Edison Company of New York, Inc.*

CERTIFICATE OF FILING

I hereby certify that on January 30, 2008, a copy of the foregoing "Plaintiff's Motion For Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through this system.

s/ Cynthia J. Robertson

Cynthia J. Robertson
JENNER & BLOCK, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Counsel for*
*Consolidated Edison Company of New York, Inc.*