IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-0033C (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Pursuant to paragraph 11 of Appendix E of the Rules of the United States Court of Federal Claims and the Agreement and Protective Order, as amended and supplemented, entered in this case on May 18, 2004 and September 1, 2006, and the Protective Order entered in Entergy Nuclear Indian Point, LLC, v. United States, No. 03-2622C (Fed. Cl.), on October 28, 2004, defendant, the United States, respectfully requests leave of the Court to file, under seal, electronically a copy of "Defendant's Motion For Joinder Of Plaintiff Entergy Nuclear Indian Point, LLC, Or, In The Alternative Renewed Motion For Notice Pursuant To RCFC 14(b) And 41 U.S.C. § 114(b)," with attachments. Because attachments to the Government's motion have been labeled "confidential material" by plaintiffs, Consolidated Edision and Entergy Nuclear Indian Point, LLC, and because the instant case is designated as an electronic filing case, prior to filing, we require the Court's permission to file a copy of this document, under seal, electronically. Pursuant to paragraph 11 of Appendix E, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. Protective orders have been entered in this case and Entergy Nuclear.

For the foregoing reasons, we respectfully request that the Court grant the Government's motion for leave to file, under seal, electronically, a copy of "Defendant's Motion For Joinder Of Plaintiff Entergy Nuclear Indian Point, LLC, Or, In The Alternative Renewed Motion For Notice Pursuant To RCFC 14(b) And 41 U.S.C. § 114(b)."

CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant the Government's motion to file document under seal.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Joshua E. Gardner
JOSHUA E. GARDNER
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7583
Fax: (202) 307-2503

OF COUNSEL

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

JOSEPH ASHMAN
PATRICK B. BRYAN
SCOTT R. DAMELIN
STEPHEN FINN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

April 7, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 7, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn