IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-0033C (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |

DEFENDANT'S MOTION FOR COURT ORDER REGARDING FILING DOCUMENTS UNDER SEAL

On April 4, 2008, the Government filed "Defendant's Motion To File Document Under Seal." Plaintiff has not opposed, and the Court has not yet ruled upon, the Government's motion. The Government files this motion to further explain its reasons for requesting leave of the Court to file documents under seal and to request a continuing order in this case permitting the parties to file pleadings, motions, and deposition transcripts that contain "Confidential Material" under seal without seeking further leave of the Court.

This case was designated an "Electronic Case Files" ("ECF") case on January 13, 2004. Pursuant to Paragraph 8 of Appendix E of the Rules of the United States Court of Federal Claims, "[o]nce a case has been designated an ECF case, all subsequent filings must be made electronically." Paragraph 11(a) of Appendix E further requires that "a party must seek leave of the court to file documents electronically under seal." The Agreement and Protective Order, as amended and supplemented, entered in this case on May 18, 2004 and September 1, 2006, and the Protective Order entered in Entergy Nuclear Indian Point, LLC, v. United States, No. 03-

2622C (Fed. Cl.),[1] on October 28, 2004, require that, "[s]ubject to order of the Court, that portion of any pleading, motion, deposition transcript or other document submitted or presented to or filed with the Court containing Confidential Material shall be placed under seal."

The Government's "Motion For Joinder Of Plaintiff Entergy Nuclear Indian Point, LLC, Or, In The Alternative Renewed Motion For Notice Pursuant To RCFC 14(b) And 41 U.S.C. § 114(b)," the document for which the Government sought leave of the Court to file under seal, contains attachments that have been labeled "confidential material" by plaintiffs, Consolidated Edision and Entergy Nuclear Indian Point, LLC. Plainly, because the Government must comply with both this Court's rules and the protective orders entered in this case and Entergy Nuclear, we requested leave from the Court to file our motion for joinder under seal to protect the documents designated by plaintiffs as containing "Confidential Material." Indeed, given the large number of documents produced in this case that are marked as protected, in proceeding to trial, it is likely that the parties will file many more pleadings and motions containing information designated as "Confidential Material" that will require further requests for leave of the Court to file under seal. The Government, therefore, respectfully requests that the Court enter a continuing order granting the parties permission to file pleadings, motions, and deposition transcripts, as appropriate, under seal, electronically. A proposed order is provided in the attached appendix.

---

1/ An expert report submitted in Entergy Nuclear that is marked as protected and confidential material is discussed in the Government's motion for joinder and is included in the appendix to the Government's motion.

CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant the Government's motion for a court order regarding filing documents under seal.

Respectfully submitted,

GREGORY D. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Joshua E. Gardner
JOSHUA E. GARDNER
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7583
Fax: (202) 307-2503

OF COUNSEL

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

JOSEPH ASHMAN
PATRICK B. BRYAN
SCOTT R. DAMELIN
STEPHEN FINN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

May 16, 2008

Attorneys for Defendant

# APPENDIX

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-0033C

(Filed: May ____, 2008)

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, | ) | |
| Plaintiff, | ) | No. 04-0033C |
| v. | ) | (Judge Wheeler) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

Pending before the Court is the Defendant's Motion For Court Order Regarding Filing Documents Under Seal, filed on May ___, 2008. In light of this motion and for good cause shown, the motion is granted.

The Court hereby orders that leave is granted to the parties to file documents under seal as necessary.

**ORDERED.**

______________________________
Judge Thomas C. Wheeler

Dated: ______________

CERTIFICATE OF FILING

I hereby certify that on May 16, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR COURT ORDER REGARDING FILING DOCUMENTS UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn