**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-0033C<br>(Judge Wheeler) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR COURT ORDER REGARDING FILING DOCUMENTS UNDER SEAL**

Pursuant to Rule 7.2(a) of the Rules of the United States Court of Federal Claims, Plaintiff, Consolidated Edison Company of New York, Inc., respectfully responds to Defendant's Motion For Court Order Regarding Filing Documents Under Seal, filed on May 16, 2008.

Defendant requests that the Court enter "a continuing order granting the parties permission to file pleadings, motions, and deposition transcripts, as appropriate, under seal, electronically." Plaintiff has no objections to Defendant's proposed continuing order.

Plaintiff expects that, by the time of trial, the amount of data properly considered to be proprietary to any company will be modest. Plaintiff will attempt to limit the amount of information sought to be protected, so as to minimize the burden on the Court and on the parties.

Dated: May 29, 2008 Respectfully submitted,

s/ David A. Churchill

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Counsel of Record for*
*Consolidated Edison Company of New York, Inc.*

CERTIFICATE OF FILING

I hereby certify that on May 29, 2008, a copy of the foregoing "PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR COURT ORDER REGARDING FILING DOCUMENTS UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through this system.

s/ David A. Churchill

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Counsel of Record for*
*Consolidated Edison Company of New York, Inc.*