# In the United States Court of Federal Claims

No. 04-033C

(Filed: June 2, 2008)

************************************* *
*
CONSOLIDATED EDISON COMPANY *
OF NEW YORK, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************* *

**ORDER**

On April 7, 2008, pursuant to paragraph 11 of Appendix E of the Rules of the United States Court of Federal Claims and the Agreement and Protective Order, as amended and supplemented, entered in this case on May 18, 2004 and September 1, 2006, and the Protective Order entered in Entergy Nuclear Indian Point, LLC v. United States, No. 03-2622C, on October 28, 2004, Defendant requested leave of the Court to file, under seal, electronically a copy of "Defendant's Motion For Joinder Of Plaintiff Entergy Nuclear Indian Point, LLC, Or, In The Alternative Renewed Motion For Notice Pursuant To RCFC 14(b) And 41 U.S.C. § 114(b)," with attachments. On May 16, 2008, Defendant filed an additional motion requesting that "the Court enter a continuing order granting the parties permission to file pleadings, motions, and deposition transcripts, as appropriate, under seal, electronically. For good cause shown, Defendant's motions are GRANTED. The Clerk is directed to allow counsel for the parties to file documents under seal electronically as appropriate.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge