IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. Plaintiff, | ) | |
| v. | ) | No. 04-0033C (Judge Wheeler) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME OF DISCOVERY DEADLINES**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff, Consolidated Edison Company of New York, Inc. ("Con Edison") and Defendant, the United States, respectfully request that the Court grant an enlargement of time for the submission of Defendant's expert reports and for the ultimate close of discovery. According to the Court's Order issued on July 27, 2007, Defendant's expert reports are due on June 23, 2008 and all discovery is to be completed by August 29, 2008. The parties respectfully request that the Court grant a 32-day enlargement to the Defendant's expert report deadline, and a 45-day enlargement for the completion of all remaining discovery. If the Court grants this Motion, Defendant's expert reports will be due on July 25, 2008 and all discovery shall be completed by October 13, 2008. The Court has previously granted two six-month enlargements of time regarding discovery deadlines, of which expert reports were a part. Although the Court indicated in its July 27, 2007 Order that it would "not extend the discovery schedule any further beyond the dates set forth [in that Order]" it invited the parties "to notify the Court promptly of any

significant discovery issues that potentially would cause delay." Following this July 27 Order, the Court granted Plaintiff an additional enlargement of seven days for submission of its expert reports, which were furnished to the Defendant on February 11, 2008.

The parties have worked diligently and cooperatively throughout this complex discovery process, and have accomplished most of the tasks needed to conclude the discovery phase. Over fifteen depositions of both fact and expert witnesses, including various third-party depositions, have been taken by the parties between December 2007 and May 2008. As the facts have developed through discovery, Plaintiff has furnished amended and supplemental expert reports pursuant to RCFC 26(a)(2)(B) and 26(e) for three experts: John Reed, William Manion, and Robert Stoddard. Mr. Reed's and Mr. Manion's supplemental and amended expert reports and workpapers were furnished to the Defendant on June 4, 2008, and Plaintiff will produce Mr. Stoddard's amended report by June 13, 2008. Mr. Reed's amended and supplemental expert report offers a recalculation of damages, based upon changes in Mr. Manion's expert report, and on facts that came to light in discovery. In addition, Con Edison has revised its claim to include an additional $23 million in alleged damages.

Without admitting the propriety of these submissions, in the spirit of cooperation, the Government is willing to respond to these new reports and claims provided the Government is provided sufficient time to fully analyze these new reports and claims. Additionally, a number of the Government's attorneys, experts and consultants on the Con Edison case are involved in the *Dairyland Power Cooperative v. United States* spent nuclear fuel case, No. 04-106, for which trial begins on July 7, 2008, and is anticipated to last until July 23, 2008. Furthermore, counsel of record for the Government will be on paternity leave for some period of time in the June to

July time frame. Given the timing and length of the *Dairyland* trial and other factors noted above, the parties jointly request this Court grant until July 25, 2008, for the Government to furnish its expert reports to Plaintiff.

Plaintiff has no objection to Defendant's requested 32-day enlargement of time, provided that the Court likewise grant an appropriate enlargement of time by which all discovery must be completed. The parties jointly request an enlargement to extend the existing close of discovery deadline from August 29, 2008 to October 13, 2008. Such an enlargement is necessary for Plaintiff to have adequate time to depose Defendant's experts and both parties to complete any additional discovery.

For the foregoing reasons, Con Edison and the United States respectfully request that the Court grant this motion for an enlargement of time.

Dated: June 5, 2008

Respectfully submitted,

s/David A. Churchill
David A. Churchill
JENNER & BLOCK, LLP
1099 New York Ave., N.W.
Suite 900
Washington, D.C. 20001
Tele: (202) 639-6056
Fax: (202) 637-6370

Counsel for Plaintiff
Consolidated Edison Company of New York

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-305-7583
Fax: 202-307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

CERTIFICATE OF FILING

I hereby certify that on this 5th day of June, 2008, a copy of foregoing "JOINT MOTION FOR AN ENLARGEMENT OF TIME FOR DISCOVERY DEADLINES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Cynthia J. Robertson

Cynthia J. Robertson
JENNER & BLOCK, LLP
1099 New York Ave., NW
Suite 900
Washington, DC 20001
(202) 639-6021