IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br>Plaintiff, | ) | |
| v. | ) | No. 04-0033C<br>(Judge Wheeler) |
| UNITED STATES OF AMERICA,<br>Defendant. | ) | |

**[PROPOSED] ORDER**

THIS MATTER having come before this Court on the Joint Motion of Enlargement of Time of Discovery Deadlines, and the Court having reviewed the submissions of counsel and the record:

IT IS HEREBY ORDERED, that the Joint Motion for Enlargement of Time of Discovery Deadlines is GRANTED and the Court hereby amends the revised February 16, 2007 scheduling order as follows:

1. The defendant shall furnish copies of its expert reports to the plaintiff by July 25, 2008.

2. All discovery shall be completed by October 13, 2008.

IT IS SO ORDERED.

THOMAS C. WHEELER
Judge