# In the United States Court of Federal Claims

No. 04-033C

(Filed: June 6, 2008)

```
*************************************** *
                                        *
CONSOLIDATED EDISON COMPANY             *
OF NEW YORK,                            *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

**DISCOVERY ORDER**

On June 5, 2008, counsel for the parties filed a joint motion for an enlargement of the discovery deadlines. Currently, Defendant's expert reports are due by June 23, 2008, and discovery is to be completed by August 29, 2008. The parties request a 32-day enlargement to Defendant's expert reports deadline, and a 45-day enlargement to the deadline for the completion of all remaining discovery. Although the Court previously has granted two six-month enlargements of time regarding discovery deadlines, counsel for the parties have shown good cause for their current request. Accordingly, the joint motion for enlargement of the discovery schedule is GRANTED, and the amended schedule is as follows:

1. Defendant's expert reports shall be due on or before July 25, 2008; and

3. All discovery shall be completed by October 13, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge