# In the United States Court of Federal Claims

No. 04-033C

(Filed: July 15, 2008)

```
************************************** *
                                       *
CONSOLIDATED EDISON COMPANY            *
OF NEW YORK,                           *
                                       *
                  Plaintiff,           *
                                       *
 v.                                    *
                                       *
THE UNITED STATES,                     *
                                       *
                  Defendant.           *
                                       *
************************************** *
```

**ORDER**

On June 2, 2008, Defendant filed a sealed motion for joinder of Entergy Nuclear Indian Point, LLC ("ENIP") as a party to this case, or in the alternative, a renewed motion for notice to ENIP pursuant to RCFC 14(b) and 41 U.S.C. § 114(b). Plaintiff Consolidated Edison Company of New York ("ConEd") sold the Indian Point 2 nuclear facility to ENIP in September 2001. ENIP has its own claim pending in this Court, captioned as Entergy Nuclear Indian Point 2, LLC v. United States, Fed. Cl. No. 03-2622C. Both the ConEd and the ENIP cases are before the undersigned. Defendant has asserted that the two cases present many of the same questions of law and fact, and that the damages claims of ConEd and ENIP may in fact overlap. Defendant argues that, if ENIP is not joined with ConEd in the same proceeding, Defendant bears the risk of double payment of damages resulting from the Department of Energy's delayed performance under the Standard Contract to remove spent nuclear fuel from the Indian Point facility.

ConEd responded to Defendant's motion on June 19, 2008, and Defendant filed its reply on July 3, 2008, but both of these pleadings also were filed under seal. ENIP has not had an opportunity to respond. Thus, before ruling upon Defendant's motion, the Court directs the following to occur:

1. Within seven days from the date of this Order, on or before July 22, 2008, ConEd and Defendant shall prepare redacted versions of their briefs regarding Defendant's motion, and provide copies of the redacted versions to counsel for ENIP.

2. Within 14 days after receiving the redacted versions pursuant to paragraph 1, on or before August 5, 2008, ENIP shall file its response to Defendant's motion, describing the nature of its damages claims in Case No. 03-2622C, and indicating whether it has any objection to Defendant's motion.

3. The Court will hear oral argument on Defendant's motion on a mutually agreeable date following the completion of briefing.

This Order shall be filed both in the present case, and in Entergy Nuclear Indian Point 2, LLC v. United States, Fed. Cl. No. 03-2622C.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge