IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-0033C<br>(Judge Wheeler) |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO SUBMIT EXPERT WITNESS REPORTS

Defendant, the United States, respectfully requests that the Court enlarge the time within which the Government must submit its expert witness reports to plaintiff, Consolidated Edison Company of New York, Inc. ("ConEd"), by 10 days, to and including Monday, August 4, 2008. Pursuant to the Court's order dated June 6, 2008, the Government's expert witness reports are due on or before Friday, July 25, 2008. However, by agreement of the parties, the Government is currently scheduled to re-depose two of ConEd's expert witnesses, John Reed and Robert Stoddard, on Monday, July 28, 2008, as a direct result of Messrs. Reed and Stoddard's submission of "supplemental" expert witness reports on June 27, 2008 and June 13, 2008, respectively. Although the Government's need to re-depose Messrs. Reed and Stoddard is the direct result of their submission of supplemental expert reports, counsel for ConEd represented that the plaintiff – instead of consenting to the Government's request – does not take any position concerning the Government's request for enlargement of time. This is the Government's first independent request for an enlargement of time to submit its expert witness reports. However, on two prior occasions, the Government filed joint motions with ConEd for

an enlargement of time to submit expert witness reports, based upon ConEd's need for an enlargement of time to submit its expert witness reports.

DISCUSSION

Based upon the extensive expert witness reports and supplemental reports submitted by ConEd, information developed through the Government's depositions of ConEd's expert witnesses, and the substantial involvement of Government counsel in the current spent nuclear fuel trial before Chief Judge Damich in Dairyland Power Cooperative v. United States, No. 04-106C, a short enlargement of time for the Government to submit its expert witness reports to ConEd is necessary and appropriate. In Mr. Reed's first revised "supplemental" report, dated June 4, 2008, he included, for the first time, an additional analysis that serves to increase ConEd's claimed damages in this case by approximately $23 million. Upon receipt of Mr. Reed's revised damages calculation on June 4, 2008, the Government immediately asked ConEd to produce amended initial disclosures to set forth the nature of this new claim, the identity of any person likely to have discoverable information relating to such a claim, a copy and description of all documents or other information relating to the claim, and a revised damages calculation, as required by RCFC 26.[1]

On June 13, 2008, ConEd submitted to the Government the first "revised" supplemental expert report of Robert Stoddard. Subsequently, on June 27, 2008, ConEd submitted to the

[1] On June 5, 2008, the parties filed a joint motion for an enlargement of the discovery deadlines, and requested a 32-day enlargement to the Government's expert reports deadline and a 45-day enlargement to the deadline for the completion of all remaining discovery. By order dated June 6, 2008, the Court found good cause for the request and granted the joint motion for enlargement. The Court ordered that the Government's expert reports shall be due on or before July 25, 2008, and all discovery shall be completed by October 13, 2008.

Government a second "revised" supplemental expert report of John Reed. Both of these reports were submitted to the Government after the depositions of these witnesses.[2] Recently, by letter dated July 3, 2008, in response to our repeated requests, ConEd provided certain information to the Government to supplement ConEd's April 26, 2006 RCFC 26(a)(1) disclosures with respect to ConEd's claim for damages purportedly related to the transfer of increased decommissioning funds transferred to Entergy Nuclear Indian Point 2, LLC.

As we explained to ConEd, a number of attorneys assigned to this case – including the Government counsel of record in this case – are participating in the Dairyland trial, which commenced on Monday, July 7, 2008 and is not scheduled to conclude until the week of July 21-25, 2008. As a direct result of the Dairyland trial schedule, we notified ConEd that Government counsel was unavailable to depose Messrs. Reed and Stoddard before July 28, 2008, the start of the first week immediately following the Dairyland trial. The depositions of Messrs. Reed and Stoddard are currently scheduled for Monday, July 28, 2008.

Further, as the Government informed ConEd by letter dated July 8, 2008, as well as indicated in a July 1, 2008 letter to ConEd, to ensure that the Government is not prejudiced by ConEd's repeated submissions of "revised" expert reports in this matter, the Government would seek leave of the Court to allow the Government to submit its expert reports shortly following the completion of the Reed and Stoddard depositions, now scheduled for July 28, 2008. Counsel

---

[2] This is not the first time that ConEd's experts have issued revised and "supplemental" expert reports following the conclusion of expert depositions. Aside from Mr. Reed and Mr. Stoddard, on June 4, 2008, ConEd also provided the Government with a revised supplemental report by another expert witness retained by ConEd, William Manion, following Mr. Manion's deposition in this case on May 1, 2008. In the spirit of cooperation, and without agreeing to the appropriateness of those earlier revised expert witness submissions, the Government agreed to consider the prior round of supplemental reports produced by ConEd in early June 2008.

for ConEd notified the Government that it would not take a position regarding the Government's request for enlargement and, therefore, did not affirmatively provide its consent to the Government's request.

The Government's request for a ten-day enlargement is necessary to allow the Government's experts sufficient time to consider the information that may be developed at the July 28, 2008 depositions of Messrs. Reed and Stoddard related to their supplemental opinions. Counsel for the Government and other attorneys assigned to the spent nuclear fuel litigation have recently been required to devote substantial resources to the Dairyland trial. As the depositions of Messrs. Reed and Stoddard are scheduled for Monday, July 28, 2008, a short enlargement of time for the Government to submit its expert witness reports, to and including Monday, August 4, 2008, would not prejudice ConEd and would not affect the current October 13, 2008 deadline for the parties to complete all discovery in this case.[3]

CONCLUSION

For the foregoing reasons and good cause shown, the Government respectfully requests that the Court grant this motion.

[3] Even though ConEd has not taken a position regarding the Government's request for an enlargement of time to submit its expert witness reports, the Government would not oppose a commensurate enlargement for the conclusion of all discovery in this matter, to and including October 23, 2008, if the Court deems such an enlargement appropriate.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

ANDREW P. AVERBACH
PATRICK B. BRYAN
SCOTT R. DAMELIN
STEPHEN P. FINN
Trial Attorneys
U.S. Department of Justice

July 16, 2008

CERTIFICATE OF FILING

I hereby certify that on this 16th day of July, 2008, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT EXPERT WITNESS REPORTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin