# In the United States Court of Federal Claims

No. 04-33C

(Filed: August 18, 2008)

************************************* *
*
CONSOLIDATED EDISON COMPANY *
OF NEW YORK, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************* *

**ORDER**

As agreed by the Court and counsel for the parties, the August 22, 2008 oral argument on Defendant's motion for joinder is rescheduled for that date at 9:30 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge