# In the United States Court of Federal Claims

No. 04-033C

(Filed: August 27, 2008)

*****************************************
CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*****************************************

**ORDER**

As agreed by counsel for the parties, the Court will conduct a telephonic conference on the record in the above-captioned case and in Entergy Nuclear Indian Point 2, LLC v. United States, Fed. Cl. No. 03-2622C, on September 4, 2008 at 10:00 AM. This Order shall also be filed in Entergy Nuclear Indian Point 2, and Plaintiff's counsel in Entergy Nuclear Indian Point 2 are requested to participate. The purpose of the conference is to develop a schedule for a joint trial and to address any related matters.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge