# In the United States Court of Federal Claims

Nos. 03-2622C and 04-33C

(Filed: September 8, 2008)

************************************ *
*
CONSOLIDATED EDISON COMPANY OF *
NEW YORK, INC., *
*
and *
*
ENTERGY NUCLEAR INDIAN POINT 2, *
LLC, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

ORDER

As discussed with counsel for the parties, the Court will conduct a telephonic status conference on the record on September 15, 2008 at 2:00 PM to discuss the draft Pretrial Order circulated by the Court on September 8, 2008 and to finalize the schedule for future proceedings in this case. The parties should be prepared to address any changes they propose to the draft Pretrial Order and are encouraged to reach agreement among themselves ahead of the telephonic status conference.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge